UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------x
:
UNITED STATES OF AMERICA,       :
:
Plaintiff,       :
:
v.                  :   Civil Action No. MJG 00 CV 2602
:
WESTVACO CORPORATION            :
:
Defendant.       :
:
------------------------------x

## ORDER

Upon consideration of the United States' Unopposed Motion for Leave to Withdraw Appearances of Attorneys Deborah N. Behles and Jeffrey Talbert,

It is hereby ORDERED that the motion is GRANTED and that the appearances of Deborah N. Behles and Jeffrey Talbert as counsel for the United States in this action are hereby withdrawn.

It is further ORDERED that the Court's docket sheet be updated to reflect both the withdrawal of appearances by Ms. Behles and Mr. Talbert and that Mark C. Elmer is a lead attorney for the United States.

SO ORDERED, on Wednesday, December 30, 2009.

/s/
MARVIN J. GARBIS
United States District Judge