UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WESTVACO CORPORATION<br><br>Defendant. | CASE NO. MJG 00-CV-2602 |

### DEFENDANT WESTVACO CORPORATION'S MOTION FOR DETERMINATION OF BASELINE EMISSIONS

Defendant Westvaco Corporation hereby moves this Court for an order determining as follows:

Prior to the Digester Expansion Project, Westvaco Corporation's "actual emissions" of sulfur dioxide, as defined in the 1980 version of 40 C.F.R. § 52.21(b)(21), are the Luke Mill's source-specific allowable emissions of sulfur dioxide established by the State of Maryland on June 12, 1979, and as set forth in the Maryland State Implementation Plan that was approved by the United States Environmental Protection Agency on April 25, 1980.

//
//
//
//

The grounds for this Motion are set forth in the attached Memorandum in Support.

      /S/

Raymond B. Ludwiszewski (Bar No. 14905)
rludwiszewski@gibsondunn.com
Peter E. Seley (Bar No. 013542)
pseley@gibsondunn.com
Charles H. Haake (*pro hac vice*)
chaake@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-8500
(202) 955-8500 (voice)
(202) 467-0539 (facsimile)

Andrea Bear Field
afield@hunton.com
Maida O. Lerner
mlerner@hunton.com
James D. Elliott
jelliott@hunton.com
HUNTON & WILLIAMS
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500 (voice)
(202) 778-2201 (facsimile)

*Counsel for Defendant Westvaco Corporation*

Dated: January 15, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2010, a true and correct copy of the foregoing Motion for Determination of Baseline Emissions was filed using the Court's electronic case filing system, which results in service on all counsel of record registered on the case management/electronic filing ("CM/ECF") system.

                                                                                  /S/

                                                                             Charles H. Haake