UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 FEB 16 P 4:31
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WESTVACO CORPORATION<br><br>Defendant. | CASE NO. MJG 00-CV-2602 |

[PROPOSED] ORDER

Having reviewed Defendant's Motion for Leave to File a Response to the United States' Reply Brief Regarding the Proper Standard for Measuring "Pre-Change" or "Baseline" Emissions, the Court hereby GRANTS Defendant's Motion and will consider the response attached thereto.

DATED this 16th day of February, 2010.

/s/
_____
MARVIN J. GARBIS
United States District Judge