UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 MAR -1  A 11: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WESTVACO CORPORATION<br><br>Defendant. | CASE NO. MJG 00-CV-2602 |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Joint Motion for Revised Scheduling Order, it is hereby ordered:

1. The First Phase Two Scheduling Order, entered December 30, 2009, is vacated.

2. The baseline period and post-change emissions issues shall proceed as follows.

   a. The parties shall file opening briefs by March 19, 2010.

   b. The parties shall file reply briefs by April 12, 2010.

   c. A hearing shall be held on to be determined at a later date _____, commencing at _____.

   d. Immediately following the hearing, a case management conference will be held.

3. Additional scheduling shall be addressed by further Orders.

SO ORDERED, this 26th day of February, 2010.

/s/
_____
MARVIN J. GARBIS
United States District Judge