# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Peter E. Seley
Direct: 202.887.3689
Fax: 202.530.9594
PSeley@gibsondunn.com

Client: T 97854-00002

August 30, 2010

Honorable Marvin J. Garbis
United States District Court
  For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:  *United States v. Westvaco* -- Case No. MJG 00 CV 2602

Dear Judge Garbis:

At the most recent hearing, Your Honor asked us to keep you informed of any efforts to attempt to resolve the case outside of litigation. This letter is to inform you that the parties have agreed to meet in the next few weeks to explore possibilities for a settlement. At this point, the parties have decided to meet without the assistance of a mediator. We will keep you informed of any further developments.

Sincerely,

*Peter E. Seley /chu*

Peter E. Seley

Cc:  Mark C. Elmer, Esq.
      Howard Epstein, Esq.

PES/ama

100927274_1.DOC

Brussels • Century City • Dallas • Denver • Dubai • London • Los Angeles • Munich • New York • Orange County
Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.