

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700

September 30, 2010

ALL COUNSEL OF RECORD

Re: United States v. Westvaco, MJG-00-2602

Dear Counsel:

This is to confirm that, as discussed today, by October 29, you will be submitting your agreed, or separate, proposed schedules for further proceedings.  After I review these, I will arrange a conference to be held either in Chambers or by telephone as may be appropriate.

Yours truly,

_____/s/_____
Marvin J. Garbis
United States District Judge