IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV 16  A 9: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

United States of America            *
        Plaintiff(s)
                             *      Case No.: MJG 00 CV 2602

vs.                                 *

Westvaco Corporation
        Defendant(s)            *

******

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY***

Please enter my appearance in this case on behalf of United States of America.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| Wyoming | 8/31/1989 |
|  |  |
|  |  |

I am a member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

| For Court Use:  Forward to Attorney Admissions |
|---|

---

* To be filed in paper format.

I understand that I must immediately notify the Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

*[signature]*
Signature

David Askman
Printed Name

United States Department of Justice, ENRD, EES
Agency

999 18th Street, South Terrace Suite 370
Address

Denver, CO 80202
City, State, Zip Code

303-844-1381
Phone Number

303-844-1350
Fax Number

David.Askman2@usdoj.gov
Email Address



# U.S. District Court

*For The District of Maryland*

# Electronic Case Files Attorney/Participant Registration Form

This form is to be used to register for a *Federal Government* account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name  David                              Middle Name _____

Last Name  Askman                            Generation _____

Last four digits of Social Security number (for security verification) _____

Agency Name  U.S. Dept. of Justice, Env't and Natural Res. Div., Env't Enforcement Section

Address  999 18th Street, South Terrace Suite 370

Denver, CO 80202

Voice Phone Number  303-844-1381

Fax Number  303-844-1350

Internet Email Address  David.Askman2@usdoj.gov

1. This system is for use only in cases before the *U.S. District Court for the District of Maryland*. It may be used to file electronic documents.

2. An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3. An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4. Registration as a user constitutes:
   a) Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
   b) Consent to electronic service and waiver of service by any other means, except for original process.

5. Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.
   **Please include this completed form with your Request for Entry of Appearance.**