

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201**

Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700

November 30, 2010

ALL COUNSEL OF RECORD

    Re: United States v. Westvaco, MJG-00-2602

Dear Counsel:

    Our respective schedules have required a delay until after January 14, 2011 of the conference needed in regard to my November 8, 2010 letter.  However, there is no reason to delay briefing of the issue regarding the method to use to determine post-change potential to emit.

    Accordingly:

1. By December 22, 2010, the parties shall file simultaneous briefs regarding the said issue.

2. By January 13, 2011, the parties shall file simultaneous replies.

    Although informal, this letter constitutes an Order of the Court.

    Yours truly,

    _____/s/_____
    Marvin J. Garbis
    United States District Judge

CC: Clerk