UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
---------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    - against -

WESTVACO CORPORATION,

        Defendant.
---------------------------------------------------------x

Civ. No.: MJG 00 CV 2602

## STIPULATION AND ORDER

The United States, Westvaco Corporation and Luke Paper Company agree to the following and respectfully submit this Stipulation with respect to the proposed joinder of the Luke Paper Company by the United States:

1. At this time, The United States seeks only to join The Luke Paper Company, which it understands is the current owner and operator of the Luke Mill.

2. The United States, Westvaco and Luke Paper Company will each serve and file briefs with respect to the proposed joinder of Luke Paper Company on December 17, 2010, and will thereafter serve and file reply briefs on January 14, 2011.

Dated: New York, New York
       November 29, 2010

Respectfully Submitted

*Attorneys for Luke Paper Company*
Howard Epstein
Schulte Roth & Zabel
919 Third Ave
New York, NY 10022

*Attorneys for Westvaco Corporation*
Peter Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

DOC ID-14809073.1

*[signature]*

Attorneys for the United States of America

Mark Elmer
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklyn Station
Washington, D.C. 20004

So Ordered on this 1st of December 2010.

_____/s/_____
Marvin J. Garbis
United States District Judge

DOC ID-14809073.1