UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------------X
UNITED STATES OF AMERICA,                :
     *Plaintiff*,                                           :
     v.                                                          :    Civil Action No. MJG 00 CV 2602
WESTVACO CORPORATION,                  :
     *Defendant.*                                       :
---------------------------------------------------------X

### NON-PARTY LUKE PAPER COMPANY'S MOTION TO SEAL ITS REPLY MEMORANDUM IN OPPOSITION TO THE MOTION BY PLAINTIFF UNITED STATES OF AMERICA TO JOIN LUKE AS A PARTY DEFENDANT

     Luke Paper Company ("LPC") respectfully moves, pursuant to Local Rule 105.11, for an order sealing Non-Party Luke Paper Company's Reply Memorandum in Opposition to the Motion by Plaintiff United States of America to Join Luke as a Party Defendant ("The Reply Memorandum"). In support of this motion, LPC states:

     1. The Reply Memorandum discusses and quotes from a schedule to the Equity and Asset Purchase Agreement by and between MeadWestvaco Corporation and Maple Acquisition LLC (the "Purchase Agreement"). Defendant Westvaco asserts that this schedule is confidential under the protective order entered in this case.

     2. That protective order requires that any document claimed as confidential, and any brief discussing or quoting from the material claimed as confidential, shall be placed under seal when submitted to the Court.

     3. LPC requests that the Reply Memorandum be placed under seal.

                                                       Respectfully submitted,

                                                          /s/ Howard B. Epstein
                                                      Howard B. Epstein
                                                      Sami. B. Groff
                                                      SCHULTE ROTH & ZABEL LLP
                                                      919 Third Avenue
                                                      New York, New York  10022
                                                      (212)756-2000

                                                      *Attorneys for Luke Paper Company and*
                                                      *NewPage Corporation*

DOC ID-15530230.1