UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------x
:
UNITED STATES OF AMERICA,         :
:
   *Plaintiff*,                   :
:
   v.                             :   Civil Action No. MJG 00 CV 2602
:
WESTVACO CORPORATION              :
:
   *Defendant.*                   :
:
---------------------------------x

## ORDER

Upon consideration of plaintiff United States' motion pursuant to Local Rule 105.11 to seal (1) United States' Renewed Motion To Join The Luke Paper Company As A Party Defendant, (2) United States' Memorandum In Support Of Renewed Motion To Join The Luke Paper Company As A Party Defendant, and (3) Exhibits A and C thereto, it is hereby ORDERED that said Motion, Memorandum in Support, and Exhibits A and C thereto be placed under seal pending further order of this Court.

/s/
_____
MARVIN J. GARBIS
United States District Judge

Dated: January 18, 2011