UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------X
UNITED STATES OF AMERICA,  :
          *Plaintiff*,  :
          v.  :      Civil Action No. MJG 00 CV 2602
WESTVACO CORPORATION,  :
          *Defendant*.  :
------------------------------------------------------X

## STIPULATION

WHEREAS, the Plaintiff United States of America (the "Government") has moved for an order joining the Luke Paper Company ("LPC") as a party defendant to the above captioned action;

WHEREAS, on April 7, 2011, the Court issued an order (doc. no. 279) allowing LPC to file a pleading by May 15, 2011 either "agreeing to be bound by the result of the instant case or seeking to be added as an Intervenor;"

WHEREAS, the Government and LPC have conferred regarding LPC's status in the instant case and have each agreed that LPC should be joined as an "Intervenor" to the instant case;

WHEREFORE, the Government and LPC hereby stipulate and agree and respectfully request that the Court join LPC as an "Intervenor" to the instant action, without designation of LPC as a defendant.

DOC ID-16076748.2

Dated: May 11, 2011

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

By: _____
Howard B. Epstein
Sami B. Groff

919 Third Avenue
New York, New York 10022
(212) 756-2000 (PHONE)
(212)529305755(FAX)
Howard.Epstein@srz.com
Sami.Groff@srz.com
*Attorneys for Proposed Intervenor Luke Paper Company*

U.S. DEPARTMENT OF JUSTICE

By: _____
Mark C. Elmer
Environmental Enforcement Section
999 Eighteenth Street, South Terrace,
Suite 370
Denver, CO 80202
(303) 844-1352 (PHONE)
(303) 844-1350 (FAX)
Mark.Elmer@usdoj.gov (EMAIL)

**SO ORDERED**:

_____
Marvin J. Garbis
United States District Judge

Date: _____