```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

          Plaintiff              *

     vs.                         *   CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION             *

          Defendant              *

*    *    *    *    *    *    *    *    *
```

## REMEDY PHASE SCHEDULING ORDER

In accordance with the conference held in this matter on March 9, 2011, the remedy phase of the case shall proceed as follows:

1. By July 7, 2011 the parties shall provide initial disclosures.

2. By August 8, 2011 written discovery shall be served.

3. Site visit(s) for experts shall be arranged consistent with the schedules of all concerned.

4. By January 9, 2012 Plaintiff shall:

   a) Provide the identity of all expert witnesses.

   b) Provide Rule 26(a)(2) information.

   c) Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

5. By February 21, 2012 Defendant shall:

   a) Provide the identity of all expert witnesses.

   b) Provide Rule 26(a)(2) information.

      c)    Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

6. By April 9, 2012 Plaintiff shall:

    a)    Provide the identity of any rebuttal expert witnesses.

    b)    Provide Rule 26(a)(2) information.

    c)    Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

7. By May 7, 2012, all fact discovery shall be completed.

8. As to summary judgment motions:

    a)    In view of the nature of the issues remaining in the instant case,[1] no summary judgment motions shall be filed without leave of Court.

    b)    As soon as feasible but, in any event, no later than April 9, 2012, any party wishing to file a summary judgment motion shall provide the Court a one page summary of each asserted issue on which summary judgment is sought.

    c)    The Court shall conduct a conference with counsel prior to deciding which, if any, of the proposed grounds should be considered for possible summary judgment.

9. Further proceedings necessary herein, including trial, shall be scheduled by further Order.

SO ORDERED, on Tuesday, June 7, 2011.

                                        /s/
                                  Marvin J. Garbis
                        United States District Judge