# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Peter E. Seley
Direct: +1 202.887.3689
Fax: +1 202.530.9594
PSeley@gibsondunn.com

Client: 97854-00002

July 18, 2011

VIA ELECTRONIC FILING

Honorable Marvin J. Garbis, Judge
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   *United States of America v. Westvaco Corporation, Case No.: MJG-00-CV-2602*

Dear Judge Garbis:

This letter is to advise the Court that Defendant, Westvaco Corporation, does not believe that further proceedings are necessary with regard to "netting" issues in light of the Court's prior decisions. Westvaco therefore requests that the telephone conference scheduled for Wednesday, July 20, be taken off calendar.

Sincerely,

Peter E. Seley

PES/ama

cc: Michael DiPietro, Esq.
    Ignacia S. Moreno, Esq.
    Mark C. Elmer, Esq.
    Robert Stoltzfus, Esq.
    Howard B. Epstein, Esq.
    Rod J. Rosenstein, Esq.

101116845.1