UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil Action No. MJG 00-CV-2602 |
| Plaintiff, ) | |
| v. ) | |
| WESTVACO CORPORATION ) | NOTICE OF BANKRUPTCY |
| Defendant, and ) | |
| LUKE PAPER COMPANY, ) | |
| Intervenor. ) | |

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that, on September 7, 2011 (the "Commencement Date"), Luke Paper Company (the "Intervenor") commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The chapter 11 case of the Intervenor is being jointly administered under case no. 11-12804 (KG) (the "Bankruptcy Action"). A copy of the Intervenor's Chapter 11 petition is attached hereto as Exhibit A.

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action involving the Intervenor is stayed pursuant to section 362 of the Bankruptcy Code (the "Automatic Stay") and the *Order Enforcing Sections 362 and 525 of the Bankruptcy Code* [Docket No. 5] (the "Stay Order"), attached as Exhibit B hereto. Section 362 of the Bankruptcy

DOC ID-17589515.1

Code provides, in relevant part, that the filing of the petition operates as a stay, applicable to all entities, of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . ." and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3). Under 11 U.S.C. § 541(a)(1), the property of the estate consists of, among other things, "all legal or equitable interests of the debtor in property as of the commencement of the case." This includes the <u>United States of America v. Westvaco Corporation,</u> Civil Action MJG 00-CV-2602.

Notwithstanding the instant Notice, and despite the constraints of the Bankruptcy Action, the Automatic Stay, and the Stay Order, Intervenor has made good faith efforts to cooperate with the discovery process in the instant action, including by accommodating the United States' Rule 34 inspection of the Luke Mill premises on September 27, 2011 and providing the United States with documents responsive to its most critical document requests. The parties should be aware that Intervenor's continued cooperation with the discovery process is subject to significant financial and staffing constraints. Nevertheless, Intervenor intends to provide the United States with complete responses to the United States' First Set of Remedy Related Interrogatories and Requests for Production of Documents by October 31, 2011 and to

make additional documents available for inspection by November 30, 2011. Intervenor reserves the right to invoke the complete protections afforded by the Stay as appropriate in the future.

Dated: October 13, 2011

Respectfully Submitted,

*[signature]*

Howard B. Epstein
Sami B. Groff

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
E-Mail:  howard.epstein@srz.com
             sami.groff@srz.com

*Attorneys for Intervenor Luke Paper Company*

## Certificate of Service

I hereby certify that a true copy of the foregoing Notice of Bankruptcy was served by email and by First Class U.S. Mail, postage prepaid, this ___ day of October, 2011 upon:

Charles Harry Haake
Peter E. Seley
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave NW
Washington DC 20036
chaake@gibsondunn.com
pseley@gibsondunn.com

Attorneys for Defendant Westvaco Corporation

Mark Elmer
David Askman
Environmental Enforcement Section
Environment and Natural Resources Division
999 18th Street, Suite 370
Denver, CO 80202
Mark.elmer@usdoj.gov
David.askman2@usdoj.gov

Attorneys for Plaintiff United States of America

Howard B. Epstein
Sami B. Groff