UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                *Plaintiff*,             :
                v.                       :    Civil Action No. MJG 00 CV 2602
WESTVACO CORPORATION,              :
                *Defendant*.           :
---------------------------------------------------------X

## STIPULATION ADDING LUKE PAPER COMPANY AS A PARTY TO THE PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION

WHEREAS, the Plaintiff United States of America (the "Government") and Defendant Westvaco Corporation ("Westvaco") entered into the Revised Stipulation And [Proposed] Protective Order Regarding Disclosure Of Confidential Information which was entered by the Court to govern the production of confidential information in this action (the "Protective Order");

WHEREAS, the Luke Paper Company ("LPC") was subsequently joined to this action by the Court as an Intervenor;

WHEREAS, the Government has served Westvaco and LPC with Interrogatories and Requests (the "Requests") for Production of Documents and LPC has an obligation to produce documents responsive to these Requests;

WHEREFORE, the Government, Westvaco and LPC hereby stipulate and agree and respectfully request that the Court add LPC, retroactively to September 1, 2011, as a party to the Protective Order with the rights and obligations set forth therein.

DOC ID-17815922.3

Dated: New York, New York
January 10, 2012

Respectfully Submitted,

*signature*

Howard Epstein
Sami Groff
Schulte Roth & Zabel LLP
919 Third Ave
New York, NY 10022
howard.epstein@srz.com
sami.groff@srz.com

*Attorneys for Luke Paper Company*

*signature*

Charles Haake
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
CHaake@gibsondunn.com

*Attorneys for Westvaco Corporation*

*signature*

Mark Elmer
Environmental Enforcement Section
999 Eighteenth Street, South Terrace,
Suite 370
Denver, CO 80202
(303) 844-1352 (PHONE)
(303) 844-1350 (FAX)
mark.elmer@usdoj.gov (EMAIL)

*Attorneys for the United States of America*


So Ordered on this       of _____ 2012.

_____
Marvin J. Garbis
United States District Judge