# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| vs. | * | **Case No.** |
|  | * |  |
|  | ****** |  |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:  the United States of America.

I certify that I am admitted to practice in this court.

_____           /s/ _____
*Date*                                 *Signature of Counsel*

                                       _____
                                       *Print Name*           *Bar Number*

                                       _____
                                       *Firm Name*

                                       _____
                                       *Address*

                                       _____
                                       *City/State/Zip*

                                       _____
                                       *Phone No.*

                                       _____
                                       *Fax No.*

                                       _____
                                       *Email Address*