IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

       Plaintiff               *

       vs.                     *   CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION             *

       Defendant               *

*     *     *     *     *     *     *     *     *

SUPPLEMENTAL REMEDY PHASE SCHEDULING ORDER

Pursuant to the conference held with counsel this date:

1. By June 15, Westvaco may file:[1]

    a. A motion in limine (Daubert motion) with summary judgment motion presenting the contention described in ¶ 1 of Document 298.

    b. A motion for summary judgment presenting the contention described in ¶ 2 of Document 298.

    c. A motion for summary judgment presenting the contention described in ¶ 3 of Document 298.

2. By July 18, any response to said motions shall be filed.

3. By July 25, any replies shall be filed.

4. A hearing on said motions may be scheduled by further Order after consultation with counsel.

---

[1] All date references are to the year 2012, unless otherwise indicated.

5. The remedy trial shall commence December 3 with an estimated duration of less than 15 trial days.

   a. Evidentiary proceedings, for example <u>Daubert</u> motion hearings, may be held prior to December 3 and deemed part of the trial proceeding.

   b. Consideration will be given to requests to hearing witnesses in advance of December 3 in response to scheduling problems.

SO ORDERED, on <u>Wednesday, April 11, 2012</u>.

                                            /s/  
                                  Marvin J. Garbis  
                          United States District Judge