

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

June 7, 2012

ALL COUNSEL OF RECORD

        Re:  <u>United States v. Westvaco, MJG-00-2602</u>

Dear Counsel:

    I have reviewed your respective submissions regarding the possible applicability of the automatic stay arising out of the Luke Paper Company ("Luke") bankruptcy proceeding.

    The Government takes the position that the automatic stay is not applicable by virtue of the "police and regulatory powers exception."  Luke raises a question whether the exception is applicable because there is no contention that Luke committed any violation.  Westvaco takes the position that the automatic stay is applicable and asserts that the Court may be violating the stay by proceeding – even as to Westvaco.

    While the Government position may ultimately turn out to be correct, the best course of action is for the Bankruptcy Court to determine whether the automatic stay is in effect and, if so, whether to lift the automatic stay with regard to the instant litigation.  Accordingly, the Government promptly shall file such a petition in the bankruptcy court and provide a status report to this Court by July 6, 2012.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                          Yours truly,

                                            /s/
                                      Marvin J. Garbis
                            United States District Judge

CC: Clerk