UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                    *Plaintiff*,     :
                    v.              :   Civil Action No. MJG 00 CV 2602
WESTVACO CORPORATION,               :
                    *Defendant*.     :
------------------------------------------------------------X

**INTERVENOR LUKE PAPER COMPANY'S MOTION TO SEAL
ITS SUBMISSION WITH RESPECT TO WESTVACO'S MOTION FOR
SUMMARY JUDGMENT ON THE UNAVAILABILITY OF THE
GOVERNMENT'S PROPOSED EQUITABLE RELIEF**

      Luke Paper Company ("Luke") respectfully moves, pursuant to Local Rule 105.11, for an order sealing Luke Paper Company's Submission with Respect to Westvaco's Motion for Summary Judgment on the Unavailability of the Government's Proposed Equitable Relief (the "Submission"). In support of this motion, Luke states:

      1. The Submission attaches as Exhibit A, discusses and quotes from Schedule 11.2(a)(viii) to the Equity and Asset Purchase Agreement by and between MeadWestvaco Corporation and Maple Acquisition LLC (the "Purchase Agreement"). This Schedule is confidential under the protective order entered in this case.

      2. That protective order requires that any document claimed as confidential, and any brief discussing or quoting from the material claimed as confidential, shall be placed under seal when submitted to the Court.

      3. Luke requests that the Submission be placed under seal.

                                  Respectfully submitted,

                                  /s/ Howard B. Epstein
                                Howard B. Epstein
                                Sami. B. Groff
                                SCHULTE ROTH & ZABEL LLP
                                919 Third Avenue
                                New York, New York  10022
                                (212)756-2000

                                *Attorneys for Luke Paper Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
-----------------------------------------------------X
UNITED STATES OF AMERICA,               :
                Plaintiff,              :
                                        :
         v.                             :    Civil Action No. MJG 00 CV 2602
                                        :
WESTVACO CORPORATION,                   :
                                        :
                Defendant.              :
-----------------------------------------------------X
```

## ORDER

Upon consideration of Intervnor Luke Paper Company's motion pursuant to Local Rule 105.11 to seal Luke Paper Company's Submission with Respect to Westvaco's Motion for Summary Judgment on the Unavailability of the Government's Proposed Equitable Relief (the "Submission"), it is hereby ORDERED that said Submission be placed under seal.

                                                                 MARVIN J. GARBIS
                                                                 United States District Judge

                                                      Dated: _____