**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|             |     |           |
|---|---|---|
|             |  \*  |           |
| **vs.**     |  \*  | **Case No.** |
|             |  \*  |           |

\*\*\*\*\*\*\*

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

*Check one:*

☐   Exhibit _____, which is an attachment to_____

_____

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this

Notice so that it may be electronically filed under seal.

☐   _____

(title of document)

will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this

Notice so that it may be electronically filed under seal.

I certify that at the same time I am filing this Notice, I will serve copies of the document

identified above by_____

/s/
*Signature*

_____
*Date*

_____
*Printed Name and Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.*

_____
*Fax No.*