FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL 19  P 12: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____ _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------------------------X
UNITED STATES OF AMERICA,    :
        *Plaintiff*,    :
            :
    v.    :    Civil Action No. MJG 00 CV 2602
            :
WESTVACO CORPORATION,    :
            :
        *Defendant*.    :
-------------------------------------------------X

## ORDER

Upon consideration of Intervnor Luke Paper Company's motion pursuant to Local Rule 105.11 to seal Luke Paper Company's Submission with Respect to Westvaco's Motion for Summary Judgment on the Unavailability of the Government's Proposed Equitable Relief (the "Submission"), it is hereby ORDERED that said Submission be placed under seal.

SO ORDERED, on Wednesday, July 18, 2012.

                                                      /s/
                                        MARVIN J. GARBIS
                                        United States District Judge

Dated:  July 18, 2012