Capital Reporting Company
Dickinson, Robert H. - Vol. I 04-17-2012

1

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

```
-------------------------------:
UNITED STATES OF AMERICA,       :
                                :
          Plaintiff,            :
                                :
     vs.                        : Civil Action No:
                                : MJG 00-CV-2602
WESTVACO CORPORATION,           :
                                :
          Defendant, and        :
                                :
LUKE PAPER COMPANY,             :
                                :
          Intervenor.           :
-------------------------------:
```

                    Norwalk, Connecticut
                    Tuesday, April 17, 2012

Deposition of:

ROBERT H. DICKINSON

called for oral examination by counsel for Plaintiff, pursuant to notice, at the DoubleTree Hotel, 789 Connecticut Avenue, Norwalk, Connecticut, before Thea Finkelstein, RMR/CRR/LSR, of Capital Reporting Company, a Notary Public in and for the State of Connecticut, beginning at 10:13 a.m., when were present on behalf of the respective parties:

Capital Reporting Company
Dickinson, Robert H. - Vol. I 04-17-2012

```
                                                            2
 1                    A P P E A R A N C E S

 2

 3   On behalf of Plaintiff:

 4        MARK C. ELMER, ESQ.
          U.S. Department of Justice
 5        Environmental Enforcement Section
          999 Eighteenth Street
 6        South Terrace, Suite 370
          Denver, CO 80202
 7

 8   On behalf of Defendant:

 9        CHARLES HARRY HAAKE, ESQ.
          RAYMOND B. LUDWISZEWSKI, ESQ.
10        Gibson Dunn & Crutcher LLP
          1050 Connecticut Avenue N.W.
11        Washington, DC 20036-5306

12
     On behalf of Intervenor:
13
          SAMI B. GROFF, ESQ. (via telephone)
14        Schulte Roth & Zabel LLP
          919 Third Avenue
15        New York, NY 10022

16
     ALSO PRESENT:
17
          Thea Finkelstein, Capital Reporting Company
18        Dominic Boucher, Capital Reporting Company

19

20

21

22

23

24

25
```

70

```
 1     A    Well, I made the interpretation, yes,
 2  conclusion.
 3     Q    Okay.  The conclusion that you reached was
 4  based on your interpretation of the PSD regulations that
 5  were in effect prior to May 9th, 1980, is that right?
 6     A    Yeah, it would have been whatever regulations
 7  were in effect at that time.
 8     Q    The regulations that were in effect before May
 9  9th, 1980, were what is referred to as the 1978
10  regulations, is that right?
11     A    I think so, yeah.
12     Q    I am not sure whether this will assist us at
13  all, but I have brought with me a copy of the 1978
14  regulations that I'd like to mark so that you have them
15  available in case we need them.
16          (Dickinson Exhibit 9 was marked for
17  identification.)
18     Q    Mr. Dickinson, I've had handed to you what
19  we've had marked as Exhibit No. 9, it's a copy of the
20  regulations that are found at 40 CFR 52 regarding the
21  deterioration of air quality.  They are 17 plus or minus
22  pages long, single-spaced, very kind of dense stuff.
23     A    I recall.
24     Q    I'm not going to ask you -- I assume that you
25  have, over the course of your career, read the 1978 PSD
```

73

1     Q    Okay.  So that the interpretation that is

2  reflected in the 1980 permit application, which we've

3  marked as Exhibit 8, is based on the 1978 regulations?

4     A    Yes.

5     Q    Do you agree with me that there were

6  substantive changes between the 1978 and 1980

7  regulations?

8     A    Well, let me answer that by saying I probably

9  do, but, you know, without really going over them in

10 detail, I can't tell you whether or not they were

11 substantive.  I think there were, but again, it's been a

12 long time since I've done this and, you know, these are a

13 little bit too lengthy for me to look at and say yes they

14 are, right now.

15    Q    You did an analysis, though, did you not, of

16 the applicability of the 1978 PSD regulations to the

17 project to install two new digesters at the Luke mill,

18 right?

19    A    Yes, that's what I've said.

20    Q    That analysis is reflected in the application

21 for the permit to construct those digesters which we've

22 marked as Exhibit 8, right?

23    A    Yes, whatever -- yeah, that's correct.

24    Q    Other than the analysis reflected in Exhibit 8,

25 are there any other written analyses that evaluate the