

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-2-1-06444

*Environmental Enforcement Section*  *Telephone (202) 514-1447*
*P.O. Box 7611*  *Facsimile (202)616-6583*
*Ben Franklin Station*
*Washington, DC  20044-7611*

August 28, 2012

Honorable Marvin J. Garbis
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:    <u>United States of America v. Westvaco, MJG-00-2602</u>

Dear Judge Garbis:

     Pursuant to this Court's Order dated June 7, 2012, the United States hereby provides Your Honor with a status report concerning the relief sought in the *In Re NewPage Bankrupcty*, Case no. No. 11-12804 (KG) "to determine whether the automatic stay is in effect and, if so, whether to lift the automatic stay with regard to the instant litigation."

     On August 27, 2012, the Bankruptcy Judge granted the United States' Motion Seeking an Order that the Stay Under Section 362 of the Bankruptcy is not Applicable to <u>United States v Westvaco Corporation</u>, 1:00-cv-02602-MJG, in the United States District Court for the District of Maryland.  The order is attached to this letter.  We will supplement this status report with the bankruptcy court's written opinion when it is available.

                           Respectfully submitted,

                             ___/s/Cara M. Mroczek_____
                             Cara Mroczek, Trial Attorney
                             U.S. Department of Justice
                             Environmental Enforcement Section
                             Environment & Natural Resources Division
                             (202) 514-1447

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEWPAGE CORPORATION, et al., | : | Case No. 11-12804 (KG) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | Related Docket No. 1864 |

~~PROPOSED~~ ORDER PURSUANT TO LOCAL RULE 9013-1 FOR UNITED STATES' ~~MOTION FOR~~ MOTION SEEKING AN ORDER THAT THE STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE IS NOT APPLICABLE TO UNITED STATES V. WESTVACO CORPORATION, 1:00-cv-02602-MJG, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Upon consideration of the United States' motion ("Motion for an Order on Applicability of the Stay") to determine that a pending action in Maryland to enforce the Clean Air Act at the Luke Paper Mill, *United States v. Westvaco Corporation*, case no. 1:00-cv-02602-MJG, is not stayed by operation of the automatic stay imposed by the Bankruptcy Code, 11 U.S.C. § 362 or this Court's Order Enforcing Sections 362 and 525 of the Bankruptcy Code ("Stay Order" Docket no. 56); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the court having determined that the legal and factual bases set forth in the United States Motion for an Order on Applicability of the Stay establish sufficient cause for the relief granted herein; ~~and it appearing that the relief requested in the Motion is in the best interests of the Debtor's (Luke Paper Company) estate, their creditors, and other parties in interest; and after due~~ deliberation, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper, Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin Systems Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293).

The United States' Motion is granted; and

the Clean Air Act enforcement action, *United States v. Westvaco Corporation*, case no. 1:00-cv-02602-MJG, is not stayed by operation of the automatic stay imposed by the Bankruptcy Code, 11 U.S.C. § 362 or the Stay Order.

Dated: August 27, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE