```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        *

       Plaintiff               *

       vs.                     *   CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION            *

       Defendant               *

*     *     *     *     *     *     *     *     *

REMEDY PHASE TRIAL SCHEDULING ORDER

Pursuant to the conference held with counsel this date:

1. In view of the extensive prior proceedings herein, the parties need not file a Pretrial Order pursuant to Rule 106, Rules of the United States District Court for the District of Maryland ("Local Rules").

2. By November 9,[1] the parties shall exchange lists of witnesses, exhibits, and deposition designations.

3. By November 16:

   a. The parties shall exchange counter-designations of deposition testimony.

   b. Any party motion in limine shall be filed.

      i. It is not necessary for a party to file a motion in limine to preserve an objection.

      ii. However, if a party believes that a motion in limine may serve to reduce trial time or focus trial issues, such a motion may be helpful.

---

[1] All date references are to the year 2012 unless otherwise indicated.

4.   By November 28, responses to motions in limine and pretrial memoranda shall be filed.

5.   Bench trial shall commence on Monday, December 10 at 10:00 a.m. and proceed through Friday, December 21.

   a.   If necessary, the trial shall continue during the week of January 14, 2013.

   b.   A post-trial briefing schedule and final argument shall be set by further Order.

SO ORDERED, on <u>Friday, September 21, 2012</u>.

__/s/__
Marvin J. Garbis
United States District Judge
