## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. MJG 00-CV-2602** |
| **WESTVACO CORPORATION** | |
| **Defendant.** | |

### DEFENDANT WESTVACO CORPORATION'S EXHIBIT LIST
### FOR REMEDY PHASE TRIAL

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Remedy Phase Trial Scheduling Order (Docket No. 328), Defendant Westvaco Corporation hereby submits its Exhibit List for the remedy phase trial scheduled to commence in the above-styled matter on December 10, 2012. The complete Exhibit List is attached hereto as Attachment A.  Westvaco reserves the right to mark and introduce into evidence documents relied upon and cited by its expert witnesses (whether or not such documents are set forth on this Exhibit List).  Westvaco also reserves the right to identify additional exhibits or remove exhibits once it has had the opportunity to review and consider Plaintiff's Exhibit List.  Westvaco also reserves the right to use an exhibit that is listed on any other party's Exhibit List to the same effect as though it were listed on Westvaco's own Exhibit List, subject to evidentiary objections.  The listing of a document on Westvaco's Exhibit List is not an admission that such document is relevant and admissible when offered by the opposing party for the purpose that the opposing party wishes to admit the document.

DATE: November 9, 2012            Respectfully submitted,


                                  _____/s/_____
                                  Raymond B. Ludwiszewski (Bar No. 14905)
                                  *rludwiszewski@gibsondunn.com*
                                  Charles H. Haake (*pro hac vice*)
                                  *chaake@gibsondunn.com*
                                  Justin A. Torres (*pro hac vice*)
                                  *jtorres@gibsondunn.com*
                                  GIBSON, DUNN & CRUTCHER LLP
                                  1050 Connecticut Avenue, N.W.
                                  Washington, D.C. 20036-8500
                                  (202) 955-8500 (voice)
                                  (202) 467-0539 (facsimile)

                                  *Counsel for Defendant Westvaco Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012, a true and correct copy of the foregoing

DEFENDANT WESTVACO CORPORATION'S EXHIBIT LIST FOR REMEDY PHASE

TRIAL was filed using the Court's electronic case filing system, which results in service on all

counsel of record registered on the case management/electronic filing ("CM/ECF") system.



/s/

Charles H. Haake

ATTACHMENT A

**Defendant Westvaco Corporation's Remedy Phase  Trial Exhibit List**
United States of America v. Westvaco Corporation
Civil Action No. 00-CV -2602 D. Maryland

| Exh. No | Date | Document Type | Description | Bates Range | Expect to Offer/May Offer |
|---------|------|---------------|-------------|-------------|----------------------------|
| 1. | APRIL 28, 1980 | Authorization for Expenditure | Authorization for Expenditure for Chip Handling-Digester System Improvements | WVCO_0061-0875 | E |
| 2. | MAY 5, 1980 | Memorandum | Memo from G. Katz to O. Burns re: New Batch Digesters at Luke Mill | WVCO_0118-0290 | E |
| 3. | MAY 9, 1980 | Letter | Letter from D. McMaster to G. Kinley attaching Permit to Construct Form AQ-5 | WVCO_0082-0349-0359 | E |
| 4. | JUNE 5, 1980 | Application | State of MD Application for Permit to Construct Digesters | WVMD 00669-00673 | E |
| 5. | JUNE 6, 1980 | Permit | Maryland Construction Permit | WVCO_0418-0558 | E |
| 6. | APRIL 1, 1982 | Permit Application | Application for Permit to Operate Process Equipment | WVCO_0098-0482 | M |
| 7. | SEPTEMBER 9, 1981 | Memorandum | Memorandum from R.H. Dickinson to G. Katz, subject: digest-evaporator TRS. | WVCO_0031-0569-0571 | E |
| 8. | SEPTEMBER 10, 1981 | Letter | Letter from Katz to Lipinski confirming meeting with State on October 15, 1981. | EPA__0024-0306-0306 | M |

| 9. | DECEMBER 3, 1981 | Letter | Letter from Philip Emery to Ronald Lipinski, subject: submission of Westvaco's Plan for Compliance. | WVCO_0112-0055-0056 | E |
|---|---|---|---|---|---|
| 10. | SEPTEMBER 24, 1982 | Letter | Letter from Ferreri to Bibko, subject:  Maryland Secretarial Order (by Consent). | WVCO__0009-0542-0543 | E |
| 11. | SEPTEMBER 28, 1982 | Memorandum | Memo from G. Katz to P. Emery re: TRS Compliance Plan | WVCO_0595-0199-0205 | E |
| 12. | JANUARY 26, 1983 | Authorization for Expenditure | Westvaco Authorization for Expenditure, subject: digester and evaporator odorous gas disposal and turpentine storage. | WVCO_0004-1167-1170 | M |
| 13. | MARCH 2, 1983 | Permit Application | Application for Permit to Construct Gas Cleaning or Emission Control Equipment. | WVCO_0057-0038-0039 | M |
| 14. | APRIL 25, 1983 | Letter | Letter from George Ferreri to James Sydnor, subject: Consent Order for TRS emissions. | WVCO_0029-0151- 0152 | E |
| 15. | AUGUST 22, 1983 | Letter | EPA Region 3 Letter to Maryland re questions concerning Secretarial Order. | WVCO__0031-0566-0567 | E |
| 16. | SEPTEMBER 28, 1983 | Letter | Letter from George Ferreri to James Sydnor, subject: Secretarial Order | WVCO_0057-0027 - 0028 | E |

| 17. | NOVEMBER 29, 1983 | Letter | Letter from Paul Rappleyea to Ronald Lipinski, subject: flare for TRS control program. | WVCO_0057-0014 | E |
| 18. | FEBRUARY 24, 1984 | Memorandum | Memorandum from P.W. Rappleyea to B.T Kelly , subject: SO2 emissions from odorous gas incineration. | WVCO_0001-0864-0866 | E |
| 19. | APRIL 2, 1984 | Memorandum | Memorandum from R. Dickinson to O.B. Burns, subject: Meeting with State of Maryland. | WVCO_0079-0170 | E |
| 20. | APRIL 6, 1984 | Letter | Letter from P. Rappleyea to R. Lipinski re: TRS incineration. | WVCO_0077-0309 | E |
| 21. | APRIL 6, 1984 | Letter | Letter from P. Rappleyea to EPA, subject: incineration of NCGs. | WVCO__0077-0308 | E |
| 22. | APRIL 18, 1984 | Letter | Letter from Paul Rappleyea to Dale Farley, subject: application for permit to modify Westvaco's lime kiln. | WVCO_0593-0115-0128 | E |
| 23. | APRIL 19, 1984 | Letter | Letter from R. Lipinski to P. Rappleyea re TRS incineration | WVCO_0077-0310 | E |
| 24. | MAY 16, 1984 | Permit | Maryland Construction Permit #01-7-0037. | WVCO_0082-0365 | E |
| 25. | JULY 6, 1984 | Letter | Letter from P. Emery to D. Farley, subject: Westvaco application to modify Beryl lime kiln. | WVCO_0077-0315-0319 | E |

| | | | | | |
|---|---|---|---|---|---|
| 26. | AUGUST 1, 1984 | Permit | Letter from C. Beard, Director, West Virginia Air Pollution Control Commission, to P. Emery regarding Permit approval. | WVCO_0029-0395-0397 | E |
| 27. | AUGUST 16, 1984 | Evaluation | WV Air Pollution Control Commission Engineering Evaluation for MWV | Weser Exh. 9 | E |
| 28. | NOVEMBER 12, 1984 | Letter | Letter from P. Emery to R. Lipinski, subject: schedule to construct Odorous Gas Incineration System. | WVCO_0079-0237-0237 | E |
| 29. | APRIL 3, 1985 | Letter | Letter to Maryland, subject: continuous monitoring report. | WVCO__0043-0785-0788 | E |
| 30. | APRIL 10, 1985 | Memorandum | Memorandum from Robert Weser to Carl Beard, subject: lime kiln | US PCPE 1888 - 1892 | E |
| 31. | MAY 20, 1985 | Letter | Letter from C. Hurd to R. Weser, subject: responses to questions about modifications | WVCO_0087-0331-0338 | M |
| 32. | JULY 9, 1985 | Letter | Maryland Letter to Westvaco, subject: problems with odor control system. | WVCO__0079-0250-0250 | M |
| 33. | JULY 16, 1985 | Memorandum | Memo from R. Weser to C. Beard, subject: lime kiln. | Weser Deposition Exh. No. 4 | M |
| 34. | 10/1/85 thru 12/31/85 | Report | Continuous Monitoring Report To the Maryland Air Management Administration For Fuel-Burning Facilities at Westvaco Corporation's Luke, Maryland Mill (4th quarter). | WVCO_0043-0770 - 0774 | M |

4

| 35. | NOVEMBER 22, 1985 | Letter | Letter from P. Emery to D. Andrew (LTD No. 85-577) Re: Secretarial Order for Compliance. | WVMD 01754 - 01757 | M |
|---|---|---|---|---|---|
| 36. | NOVEMBER 27, 1985 | Memorandum | Memorandum from R.J. Dickinson to F.C. Haas, subject: digester and evaporator odor control. | WVCO_0021-0224 - 0231 | E |
| 37. | NOVEMBER 27, 1985 | Memorandum | Memorandum from C.E. Hurd to M.M. Kubica, subject: lime kiln TRS emissions and odorous gas burning. | WVCO_0107-0482 - 0483 | M |
| 38. | JANUARY 14, 1986 | Letter | Letter from G. Ferreri to P. Emery Re: compliance with Secretarial Order. | WVCO_0009-0540 | M |
| 39. | JANUARY 16, 1987 | Letter | Letter from C. Hurd to R. Radar re: Modifications for Odorous Gas Burning Equipment. | WVCO_0595-0186 | M |
| 40. | 7/1/87 thru 9/30/87 | Report | Continuous Monitoring Report To the Maryland Air Management Administration For Fuel-Burning Facilities at Westvaco Corporation's Luke, Maryland Mill (3rd quarter). | WVCO_0108-0082 - 0087 | M |
| 41. | AUGUST 24, 1987 | Memorandum | Memo from R. Weser to File, subject: Region VII Regulation X(b). | Weser Deposition Exh. No. 7 | M |

| 42. | 10/1/87 thru 12/31/87 | Report | Continuous Monitoring Report To the Maryland Air Management Administration For Fuel-Burning Facilities at Westvaco Corporation's Luke, Maryland Mill (4th quarter). | WVCO_0043-0569 - 0575 | M |
|-----|-----|-----|-----|-----|-----|
| 43. | NOVEMBER 2, 1987 | Letter | Letter from Roger Dandridge to Melvin Joye, subject: notification of 11/02/87 equipment malfunction. | WVCO_0108-0077 | M |
| 44. | JUNE, 1975 | Consent Order | Notice of Violation and Order to Appear for Hearing | | M |
| 45. | MAY 17, 1977 | Memorandum | Memorandum from P. Finkelstein to File re: Meeting with MD BAQC on Westvaco Modeling | WR3001-12620 - 12621 | M |
| 46. | OCTOBER 21, 1977 | Amended Consent Order | Maryland/Westvaco Amended Consent Order Concerning Reduction of Allowable SO2 Emissions Limit from Tall Stack to 49 Tons per Day. | | E |
| 47. | MARCH 6, 1978 | Federal Register Notice | EPA Proposed Rule Granting SO2 Emissions Limit for Luke Mill  (43 Fed. Reg. 9162). | | E |
| 48. | JUNE 29, 1978 | Memorandum | Draft EPA Memo from E. Skernolis to File re: Summary of 6/25/78 meeting with Westvaco | WR3001-14272 - 14277 | M |
| 49. | JUNE 12, 1979 | Amended Consent Order | Amended Consent Order Imposing Emissions Cap on Tall Stack. | WVCO_0113-0154-0182 | E |

6

| 50. | MARCH 20. 1980 | Memorandum | Memo from R. Dickinson to G. Katz re: Inspection of SO2 Monitoring System by EPA and MD | LPC 004484 | E |
|---|---|---|---|---|---|
| 51. | APRIL 25, 1980 | Federal Register Notice | EPA Final Rule Approving SO2 Emissions Limit for Luke Mill (45 Fed. Reg. 27933). | | E |
| 52. | MARCH 25, 1981 | Letter | Letter from D. Moskowitz to A. Cimorelli re: Modeling and Data Analysis | WVCO_0058-0777 | M |
| 53. | OCTOBER 14, 1981 | Memorandum | Memo from R. Dickinson and B. Kelly to Distribution re: Stack SO2 Monitor/Boiler Sulfur Balance Comparison | WVCO_0234-0137-0142 | E |
| 54. | DECEMBER 24, 1981 | Letter | Letter from A. Davis-Fields to A. Cimorelli re: information on Luke Mill expanded air monitoring program | WVCO_0054-0333 | M |
| 55. | JANUARY 25, 1982 | Letter | Letter from D. Moskowitz to A. Cimorelli re: Chronology of vertical intensity data flow | WVCO_0443-0117-0118 | M |
| 56. | FEBRUARY 1, 1982 | Letter | Letter from A. Davis-Fields to A. Cimorelli re: revised sigma DATARS for air monitoring program | WVCO_0054-1383 | M |
| 57. | FEBRUARY 25, 1982 | Letter | Letter from A. Davis-Fields to A. Cimorelli re: Luke Mill expanded air monitoring program | WVCO_0054-1636-1637 | M |

| 58. | MARCH 18, 1982 | Evaluation | Environmental Research and Technology, Inc. (1982) Diffusion model development and evaluation and emission limitations at the Westvaco Luke Mill Document PA439, March 18, 1982. | WVCO_0131-0087-0228 | M |
|---|---|---|---|---|---|
| 59. | APRIL 20, 1982 | Letter | Letter from C. Vaudo to A. Cimorelli re: Luke Mill plume photographs | WVCO_0126-0519 | E |
| 60. | OCTOBER 13, 1982 | Letter | Letter from H. Sutphen to W.R. Cunningham re: notes from discussion with EPA | WVCO_0419-0182-0186 | M |
| 61. | DECEMBER 13, 1982 | Letter | Letter from T. Long to G. Ferreri re: Clarification to Non-Applicability of PSD Memo | WR3001-04043 -04059 | E |
| 62. | DECEMBER 15, 1982 | Memorandum | Memo from A. Solomon to File re: PSD Increment Consumption for Westvaco Emissions Increase | EPA_0024-0253 -0255 | M |
| 63. | JANUARY 5, 1983 | Memorandum | EPA Region III Internal Memorandum from Frankford to File discussing conference call with Westvaco and Maryland. | WR3001-04178 -04180 | E |
| 64. | MARCH 12, 1983 | Letter | Letter from T. Long to A. De Biase re: Luke Mill Sulfur Dioxide Emission Limitation | WVCO_0131-0037-0043 | E |

| 65. | APRIL 7, 1983 | Memorandum | Memo from A. Solomon to File re: PSD Increase Consumption | EPA_0024-0241 - 0245 | M |
| 66. | JULY 1, 1983 | Memorandum | Memorandum from Katz to Emery, subject: discussions with Carl York re emissions limit | WVCO_0065-0074 | E |
| 67. | JULY 5, 1983 | Letter | Letter from J. Cooper to P. Emery re: Consent Order Hearing | | E |
| 68. | AUGUST 31, 1983 | Statement | Statement of MAMA Relating to Proposed Consent Order | WR3001-03301 - 03304 | E |
| 69. | SEPTEMBER 6, 1983 | Consent Order | Maryland/Westvaco Consent Order Regarding 66 TPD SO2 Emissions Limit for Luke Mill. | WVCO_0001-0823-0825 | E |
| 70. | SEPTEMBER 7, 1983 | Memorandum | From S. Wierman to G. Ferreri re: Hearing Officer's Summary and Recommendation - Westvaco Hearing | WR3001-03307 - 03308 | E |
| 71. | OCTOBER 27, 1983 | Memorandum | Memo from Solomon to File re: Telephone Conference of 10/24/83 | WVCO_0600-0001 | M |
| 72. | DECEMBER 19, 1983 | Letter | Letter and attachment from C. Beard to H. Frankford re: Sulfur Dioxide Sources and Limitations | WVCO_0111-0727-0728 | M |
| 73. | MARCH 12, 1984 | Letter | Letter from C. Beard to T. Eichler re: Sulfur Dioxide Relaxation for Luke Mill | WVCO_0131-0369-0370 | M |

9

| 74. | APRIL 13, 1984 | Letter | Letter from J. Syndor to C. Beard re: PSD Increment Consumption Analysis | WVCO_0111-0718-0719 | M |
|---|---|---|---|---|---|
| 75. | JULY 31, 1984 | Letter | Letter from T. Long to J. Syndor re: Propsed Approval for MD Consent Order for Luke Mill | WR3001-04000 - 04001 | E |
| 76. | AUGUST 1986 | Report | Description of Emissions "Cap" at Luke Mill | | E |
| 77. | No Date | Technical Support Document | Technical Support Document re Proposed Approval of SO2 Emission Limitation | WVCO_0111-0729-0751 | M |
| 78. | JANUARY 4, 1980 | Authorization for Expenditure | Authorization for Expenditure for Steam Generator Precipitator Rebuild | WVCO_0215-0076-0078 | M |
| 79. | MAY 28, 1980 | Authorization for Expenditure | Authorization for Change in Expenditure for Precipitator Rebuild | WVCO_0215-0113-0118 | M |
| 80. | JANUARY 24, 1984 | Authorization for Expenditure | Authorization for Expenditure to Improve Precipitator Performance | WVCO_0414-0001-0003 | M |
| 81. | MARCH 22, 1984 | Authorization for Expenditure | Authorization for Expenditure for Flue Gas Conditioning | WVCO_0042-0064 | M |
| 82. | APRIL 17, 1984 | Authorization for Expenditure | Authorization for Expenditure for PB No. 25 Opacity Monitor | WVCO_0376-0175 | M |
| 83. | SEPTEMBER 23, 1985 | Authorization for Expenditure | Authorization for Expenditure for Flame Safety System for No. 25 PB | WVCO_0473-0047-0048 | M |
| 84. | JUNE 7, 1984 | Letter | Letter from B. Kelly to G. Ferreri re: Boiler Modifications | WVCO_0029-0426-0427 | M |

| 85. | AUGUST 30, 1984 | Job Specifications | Job Specifications for Precipitator Improvements | WVCO_0414-0004-0006 | M |
|---|---|---|---|---|---|
| 86. | APRIL 1986 | Report | Job Status Report for Improved Precipitator | WVCO_0424-0002-0003 | M |
| 87. | AUGUST 19, 1986 | Letter | Letter from C. Hurd to A. Solomon re: Boiler Pollution Control Improvements | WVCO_0029-0583-0584 | M |
| 88. | MAY 5, 1987 | Letter | Letter from C. Hurd to R. Dandridge with subject: Second Quarter 1987 Environmental Summary. | WVCO_0108-0488 - 0489 | M |
| 89. | MAY 20, 1982 | Memorandum | Memo from J. Lopez to M. Kubica and G. Katz re: Coal Quality for Luke Boiler Operation | WVCO_0419-0216-0218 | M |
| 90. | SEPTEMBER 3, 1982 | Memorandum | Memo from R. Blanke and K. Franke to P. Emery re: Fuel, Purchased Power, and Machine Downtime Costs Due to Maintaining the 49 TPD SO2 Limit | | E |
| 91. | DECEMBER 6, 1971 | Study | Alternatives for Pollution Abatement on Nos. 24, 25 & 26 Boilers | | E |
| 92. | MAY 2, 1978 | Study | Preliminary Study of the Flue Gas Desulfurization System for Boiler Unit Nos. 24 & 25 | WVCO_0066-0466-0486 | E |
| 93. | FEBRUARY 8, 1980 | Report | Paul Weir Co: An Investigation of Fuels and Operation of the No. 24 and 25 Power Boilers Luke Mill, Westvaco | WVCO_0154-0830-0887 | E |

| 94. | JUNE 24, 1975 | Letter | Letter from A. Cimorelli to G. Katz re: Coal Data form | WVCO_0004-1855-1856 | E |
|---|---|---|---|---|---|
| 95. | OCTOBER 20, 1976 | Study | No. 25 Boiler Particulate Control Equipment Performance (R.W. Dickinson) | WVCO_0215-0213-0239 | M |
| 96. | SEPTEMBER 6, 1978 | Memorandum | Memo to T. Long from R. Dickinson re: Estimated Sludge Production from Luke FGD System | LPC 0037985-0037986 | E |
| 97. | APRIL 8, 1987 | Letter | C. Hurd Letter to A. Solomon re: Regulatory Requirements | WVCO_0245-0135-0147 | E |
| 98. | | Charts | Monthly Process Throughputs, Monthly Fuel Use, | WVCO_0011-0642-0682 | M |
| 99. | | Chart | Chart Detailing Coal Tonnage, Percent Sulfur and Weighted Factor at Luke Mill | WVCO_0056-0246-0247 | M |
| 100. | DECEMBER 9, 1997 | Charts | Charts Detailing Monthly Fuel Usage at Luke Mill | WVCO_0248-0111-0115 | M |
| 101. | | Charts | Monthly Process Throughputs, Monthly Fuel Use, | WVCO_0248-0987-1026 | M |
| 102. | MARCH 11, 1975 | Memorandum | Memorandum from G. Katz to Distribution re: SO2 Compliance | WVCO_0418-0681-0682 | E |
| 103. | DECEMBER 9, 1987 | Letter | Letter to Maryland, subject: proposed condensate steam stripper. | WVCO__0365-0508-0509 | E |
| 104. | DECEMBER 11, 1987 | Permit Application | Permit Application for Condensate Steam Stripper | WVCO_0026-0159-0161 | E |

| 105. | AUGUST 10. 1988 | Permit | Maryland Permit to Construct #01-7-0080N | WVCO_0082-0471-0472 | E |
|------|------|------|------|------|------|
| 106. | JULY 17, 1997 | Letter | Letter from M. Zaw-Mon to M. Spink re: Concurrence on PSD Issues at Luke Mill | WVCO_0064-0686-0687 | E |
| 107. | NOVEMBER 12, 1997 | Letter | Letter from M. Spink to M. Zaw-Mon re: Luke Mill Expansion and Permitting Requirements | WVCO_0064-0683 | M |
| 108. | MARCH 4, 1998 | Memorandum | EPA Memo from J. Katz to B. Buckheit re: BACT Analysis for Luke Mill | WVCO_0064-0654-0655 | M |
| 109. | APRIL 1, 1982 | Inspection Report | Inspection Report of Galen Kinley | WVCO_0081-0113 | E |
| 110. | APRIL 21, 1981 | Inspection Report | Inspection Report of Galen Kinley | WVCO_0081-0068 | E |
| 111. | MAY 26, 1982 | Memorandum | Memorandum from Rappleyea to File, subject: visit to Luke Mill by EPA and State. | WVCO__0338-0202-0202 | E |
| 112. | MARCH 27, 1984 | Inspection Report | Maryland Field Surveillance Report. | WVCO_0595-0675 | M |
| 113. | AUGUST 21, 1986 | Memorandum | Memorandum from Hurd to Kelly, subject: inspections by local, state and federal agencies. | WVCO_0107-0162-0163 | E |
| 114. | DECEMBER 11, 1987 | Memorandum | Memorandum, subject: inspection of Mill by Maryland. | WVCO2__0001-3606-3606 WVCO_0595-0189 | E |

| 115. | JULY 18, 1990 | Memorandum | Memo from R. Paugh to K. Wendell re: Annual Inspection and Review of Process Equipment Operating Permits | WVCO_0081-0749-0754 | E |
|------|---------------|------------|-----------------------------------------------------------------------------------------------------------|---------------------|---|
| 116. | FEBRUARY 6, 1995 | Memorandum | Memo from R. Paugh to G. Shoemaker re: AMA Inspection | WVCO_0105-0086 | E |
| 117. | SEPTEMBER 16, 1997 | Report | Westvaco Luke Mill Inspection Report | WVCO_0021-0053-0080 | M |
| 118. | JANUARY 4, 1979 | EPA Guidance | EPA Memo from D. Hawkins re: Guidance for Determining BACT Under PSD | | E |
| 119. | OCTOBER 1980 | Manual | EPA Prevention of Significant Deterioration Workshop Manual | | E |
| 120. | DECEMBER 1, 1987 | Memorandum | Memorandum from J.C. Potter to Regions I-X Administrators re: Improving New Source Review Implemementation | | M |
| 121. | APRIL 5, 1988 | Memorandum | EPA Memo from G. McCutchen re: Note to NSR Task Force Members | | M |
| 122. | OCTOBER 1990 | Manual | Draft – New Source Review Workshop Manual | | E |
| 123. | JULY 6, 1981 | Analysis | A.E. Staley BACT Analysis and Recommendations | | M |
| 124. | JUNE 18, 1981 | Fact Sheet | PSD Permit Review – A.E. Staley Fact Sheet | USWR_00048443-00048452 | M |
| 125. | | Fact Sheet | PSD Permit Review – Archer Daniels Midland Company | | M |
| 126. | SEPTEMBER 1973 | Report | Atmospheric Emissions from the Pulp and Paper Manufacturing Industry | | M |

| | | | | | |
|---|---|---|---|---|---|
| 127. | AUGUST 28, 1981 | Letter | Letter from D. Wagoner to L. Eihusen re: Prposed Soybean Plant Expansion Project | USWR_00048499 -00048503 | M |
| 128. | | Fact Sheet | PSD Permit Review – Boone Valley Cooperative | USWR_00048766 -00048779 | M |
| 129. | APRIL 30, 1981 | Application | Boone Valley PSD Application | USWR_00048508 -00048764 | M |
| 130. | SEPTEMBER 30, 1981 | Fact Sheet | PSD Permit Review – Consolidated Energy Group, LTD. | USWR_00048887 -00048899 | M |
| 131. | SEPTEMBER 14, 1979 | Letter | Letter from M. Lukey to E. Glen re: Coors Brewery and Emissions in Elkton, VA | USWR_00043957 -00043965 | M |
| 132. | JULY 1980 | Analysis | Delmarva Power and Light Company BACT Analysis | | M |
| 133. | DECEMBER 8, 1980 | Letters | Dupont-Ohio Approval to Construct Letters | USWR_00048119 -00048128 | M |
| 134. | | Report | Dames and Moore Report on Eli Lilly Greenfield Labs | USWR_00048233 -00048258 | M |
| 135. | JUNE 11, 1980 | Memorandum | Memo to J. Paisie re: Proposal for Coal-Fired Boiler at Eli Lilly | USWR_00048214 -00048221 | M |
| 136. | AUGUST 4, 1981 | Filing | Eli Lilly Approval to Construct | USWR_00048311 -00048315 | M |
| 137. | AUGUST 4, 1981 | Memorandum | Memo from L. Castanares to PSD Files re: Addendum to BACT Determination on SO2 Emissions for Eli Lilly | USWR_00048201 -00048202 | M |
| 138. | AUGUST 7, 1981 | Report | Review and Determination for Proposed Coal-Fired Boiler at Eli Lilly | USWR_00048203 -0048209 | M |
| 139. | | Fact Sheet | PSD Permit Review – Mallinckrodt, Inc. | USWR_00051374 -00051424 | M |

| 140. | DECEMBER 3, 1981 | Letter | New Energy Corporation Approval to Construct | USWR_00048129 -00048135 | M |
|---|---|---|---|---|---|
| 141. | FEBRUARY 10, 1981 | Memorandum | Memo from B. Gordick to K. Eng re: Preliminary Determination of Approvability for NY State Electric and Gad | USWR_00052130 -00052138 | M |
| 142. | DECEMBER 1980 | Report | PSD Report for NY State Electric and Gas | USWR_00052142 -00052419 | M |
| 143. | APRIL 15, 1980 | Letter | Letter from EPA to G. Waltz re: Indianapolis Power and Light Approval to Construct | USWR_00048276 -00048297 | M |
| 144. | JUNE 1, 1978 | Memorandum | EPA Region V Memo re: Questions for Indianapolis Power and Light | USWR_00048263 -00048264 | M |
| 145. | | Report | Review and Determination for Mexico Bottom Generating Station at Indianapolis Power and Light | USWR_00048298 -00048310 | M |
| 146. | DECEMBER 1980 | Report | Scott Paper BACT Analysis | | M |
| 147. | MAY 20. 1997 | Permit | Luke Mill Operating Permit | WVCO_0098- 0335-0347 | E |
| 148. | OCTOBER 18, 2010 | Order | In the Paper of Luke Paper – Order re: Request that the Administrator Object to the Issuance of a Title V Operating Permit | USWR_00000008 -00000018 | M |
| 149. | OCTOBER 12, 2010 | Memorandum | EPA Memo from S. Garvin to L. Jackson re: Petition to Object to CAA Title V. Permit | USWR_00000030 -00000042 | M |
| 150. | | Permit | Luke Paper Company Draft Part 70 Operating Permit | USWR_00000880 -00001000 | M |

| | | | | | |
|---|---|---|---|---|---|
| 151. | | Letter | Letter from S. Heafey to E. Schaeffer re: Comments on Title V Operating Permit for Luke Paper Co. | USWR_00001204 -00001210 | M |
| 152. | | Permit | Luke Paper Company Draft Part 70 Operating Permit | USWR_00001222 -00001332 | M |
| 153. | | Permit | Luke Paper Company Draft Part 70 Operating Permit | USWR_- 00001333- 00001414 | M |
| 154. | APRIL 30, 2010 | Other | Revised Issues Chart Concerning the EIP's Objection to Issuance of Title V Permit to Luke Paper Co. | USWR_00001415 -00001426 | M |
| 155. | AUGUST 27, 2007 | Permit | Luke Paper Company Permit to Operate | USWR_00023122 -00023151 | M |
| 156. | | Permit | Luke Paper Company Draft Part 70 Operating Permit | USWR_- 00038220- 00038301 | M |
| 157. | MARCH 26, 1999 | Permit | Luke Mill Operating Permit | WVCO_0004- 1572-1584 | M |
| 158. | APRIL 22, 2005 | Pleadings | U.S. v. Westvaco – US Response to Second ROGs and RFAs | USWR_00010260 -00010294 | E |
| 159. | SEPTEMBER 1983 | Report | Review of New Source Performance Standard for Kraft Pulp Mills | | M |
| 160. | MARCH 1979 | Report | Kraft Pulping – Control of TRS Emissions from Existing Mills | USWR_00009084 -00009306 | M |

| 161. | AUGUST 1985 | Report | Collection and Burning of Kraft Non-Condensible Gases – Current Practices, Operating Experience and Important Aspects of Design and Operation | | M |
|------|-------------|--------|----------------------------------------------------------------------------|---|---|
| 162. | MARCH 19-20, 1980 | Report | Proceedings of the NCASI National Technical Workshop – Control of TRS Emissions at Existing Kraft Mills | | M |
| 163. | MAY 17, 1985 | Memorandum | Memorandum from B.T. Kelly to Distribution, subject: non-condensable gas collection. Attached is summary called "NCASI Workshop on Collection and Burning of Kraft Pulping Process Non-Condensable Gases, Resource Document 2, Summary of Information Collected in the 1984 NCASI Survey" dated April 1985. | WVCO_0079-0234 and WVCO-0365-0299 - 0325 | M |
| 164. | JUNE 1982 | Report | June 1982 Luke Mill Operations Report | WVAC_0008-1146-1172 | |
| 165. | JULY 1982 | Report | July 1982 Luke Mill Operations Report | WVAC_0008-1174-1203 | |
| 166. | JANUARY 6, 2012 | Report | State of Maryland Regional Haze State Implementation Plan | Lang Exh. 12 | E |

| 167. | FEBRUARY 28, 2012 | Federal Register | Federal Register Volume 77, Number 39 – Approval and Promulgation of Air Quality Implementation Plans | Lang Exh. 13 | E |
|------|-------------------|------------------|------------------------------------------------------------------------------------------------------|--------------|---|
| 168. | MARCH 28, 2012 | Letter | Letter from R. Paugh to C. Fernandez re: Federal Register Comments | Lang Exh. 14 | M |
| 169. | FEBRUARY 21, 2010 | Memorandum | Memo from Jack Burke to Colin Campbell re: Estimate of Cost to Scrub SO2 from Incinerated NCGs | | M |
| 170. | MARCH 2, 2012 | Expert Report | Amended Expert Report of Anne Smith | | M |
| 171. | FEBRUARY 13, 2012 | Expert Report | Expert Report of Ben Thorp | | M |
| 172. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Colin Campbell | | M |
| 173. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Gary Bigham | | M |
| 174. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Jack Burke | | M |
| 175. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Peter Valberg | | M |
| 176. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Ralph Morris | | M |
| 177. | FEBRUARY 21, 2012 | Expert Report | Expert Report of Stan Hayes | | M |
| 178. | APRIL 12, 2002 | Statement | Statement of Work to document use of emissions cap at Luke Mill | WVCO_0131-0460 Lang Exh. 6 | M |
| 179. | JUNE 29, 1990 | Application | Application for Permit to Operate Stripper Off Gas Incinerator System | WVCO_0101-0344-0347 Lang Exh. 9 | M |

| 180. | SEPTEMBER 17, 1992 | Letter | Letter from R. Paugh to S. Lang re: Estimate of NCG's | WVCO_0103-0320 Lang Exh. 10 | M |
|------|--------------------|--------|------------------------------------------------------|-----------------------------|---|
| 181. | JANUARY 25, 1993 | Letter | Letter from F. Courtright to G. Shoemaker re: Request to Revise Operating Permit | WVCO_0234-0226-0227 Lang Exh. 11 | M |
| 182. | AUGUST 1, 2011 | Survey | Virginia Trout Stream Sensitivity Study – 2010 Survey | | M |
| 183. | AUGUST 2011 | Study | Chemical Changes in Virginia's Brook Trout Streams: An Analysis of Statewide Surveys, 1987-2010 – Janet Lynn Miller | | M |

Defendant reserves the right to mark and introduce into evidence documents relied upon and cited by its expert witnesses (whether or not such documents are set forth on this Exhibit List).

Defendant reserves the right to identify additional exhibits or remove exhibits once it has had the opportunity to review and consider Plaintiff's exhibit list.

Defendant reserves the right to use an exhibit that is listed on Plaintiff's exhibit list to the same effect as though it were listed on Defendant's own exhibit list, subject to evidentiary objections.

The listing of a document on Defendant's Exhibit List is not an admission that such document is relevant and admissible when offered by the opposing party for the purpose that the opposing party wishes to admit the document.