UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTVACO CORP.,<br><br>*Defendant, and*<br><br>LUKE PAPER COMPANY,<br><br>*Intervenor.* | Civ. No. MJG 00-CV-2602 |

## UNITED STATES' REMEDY PHASE PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Remedy Phase Trial Scheduling Order (Doc. No. 328), the United States hereby makes the following disclosures:

A. Witnesses

The United States expects to present the following witnesses during the remedy phase trial:

1. Martha Bogel
2. Lyle Chinkin
3. Stephanie Connolly
4. Leland Deck
5. Charles Driscoll
6. Christina Fernandez

7. Robert Harris

8. Neil McCubbin

9. Ellen Porter

10. Mary Ross

11. Joel Schwartz

12. James Staudt

13. James Webb

B. Exhibits

*See* United States' Remedy-Phase Exhibit List, attached as Exhibit A.

C. Deposition Designations

1. MeadWestvaco Corporation 30(b)(6) (Timothy Morse, January 26-27, 2012)

| START | END |
|---|---|
| Page 48, Line 7 | Page 49, line 11 |
| Page 81, Line 8 | Page 123, Line 1 |
| Page 125, Line 12 | Page 140, Line 2 |
| Page 144, Line 11 | Page 151, Line 11 |
| Page 153, Line 7 | Page 157, Line 13 |
| Page 273, Line 20 | Page 276, Page 9 |
| Page 327, Line 3 | Page 335, Line 21 |
| Page 347, Line 12 | Page 352, Line 3 |
| Page 433, Line 7 | Page 434, Line 22 |
| Page 463, Line 2 | Page 463, Line 13 |

| | |
|---|---|
| Page 481, Line 21 | Page 483, Line 15 |
| Page 497, Line 18 | Page 498, Line 22 |
| Page 501, Line 6 | Page 502, Line 14 |

2. MeadWestvaco Corporation 30(b)(6) (Robert Dickinson, April 17-19, 2012)

| START | END |
|---|---|
| Page 5, Line 10 | Page 8, Line 9 |
| Page 88, Line 15 | Page 118, Line 7 |
| Page 185, Line 25 | Page 194, Line 18 |
| Page 259, Line 3 | Page 264, Line 24 |
| Page 266, Line 16 | Page 270, Line 24 |
| Page 343, Line 3 | Page 344, Line 18 |
| Page 347, Line 11 | Page 349, Line 1 |
| Page 353, Line 20 | Page 358, Line 4 |
| Page 417, Line 20 | Page 425, Line 20 |
| Page 485, Line 13 | Page 507, Line 15 |

3. Luke Paper Company 30(b)(6) (Ronald E. Paugh, May 9, 2012)

| START | END |
|---|---|
| Page 4, Line 1 | Page 59, Line 7 |
| Page 63, Line 22 | Page 93, Line 24 |
| Page 109, Line 4 | Page 138, Line 20 |

| Page 143, Line 3 | Page 150, Line 7 |
| Page 163, Line 21 | Page 173, Line 14 |

4. <u>Robert O. Wilt</u> (August 21, 2003)

| START | END |
| --- | --- |
| Page 6, Line 8 | Page 35, Line 8 |
| Page 61, Line 14 | Page 94, Line 12 |
| Page 103, Line 8 | Page 130, Line 18 |
| Page 167, Line 10 | Page 171, Line 17 |

5. <u>Robert Dickinson</u> (June 1, 2005)

| START | END |
| --- | --- |
| Page 10, Line 13 | Page 18, Line 19 |
| Page 162, Line 5 | Page 177, Line 19 |
| Page 189, Line 8 | Page 204, Line 11 |

6. <u>Panagiotis Taousakis</u> (May 1, 2012)

| START | END |
| --- | --- |
| Page 11, Line 9 | Page 12, Line 9 |
| Page 55, Line 9 | Page 56, Line 10 |
| Page 59, Line 2 | Page 62, Line 2 |
| Page 72, Line 2 | Page 103, Line 10 |
| Page 212, Line 16 | Page 214, Line 18 |

| Page 219, Line 13 | Page 230, Line 20 |

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

MICHAEL DIPIETRO
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
(410) 209-4800 (PHONE)
Michael.DiPietro@usdoj.gov (EMAIL)

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Mark C. Elmer
MARK C. ELMER
CARA M. MROCZEK
DAN SMITH
U.S. Department of Justice
Environmental Enforcement Section
999 Eighteenth Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1352 (PHONE)
(303) 844-1350 (FAX)
Mark.Elmer@usdoj.gov (EMAIL)

OF COUNSEL:

ROBERT STOLTZFUS
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street (3RC42)
Philadelphia, PA 19103

*Attorneys for the United States of America*

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing United States' Remedy Phase Pretrial Disclosures on November 9, 2012, using the court's CM/ECF system which sent notification of such filing to:

Charles Harry Haake
Peter Eric Seley
GIBSON DUNN AND CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
chaake@gibsondunn.com
pseley@gibsondunn.com

*Attorneys for Defendant Westvaco Corporation*

Howard B. Epstein
Sami B. Groff
SCHULTE ROTH AND ZABEL LLP
919 Third Ave
New York, NY 10022
howard.epstein@srz.com
sami.groff@srz.com

*Attorneys for Intervenor Luke Paper Company*

                                                    s/ Mark C. Elmer
                                                    Mark C. Elmer