UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**WESTVACO CORPORATION**<br><br>Defendant. | **CASE NO. MJG 00-CV-2602** |

**DEFENDANT WESTVACO CORPORATION'S DESIGNATION OF
DEPOSITION TESTIMONY FOR REMEDY PHASE TRIAL**

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Remedy Phase Trial Scheduling Order (Docket No. 328), Defendant Westvaco Corporation hereby submits its initial designation of deposition testimony that it may use during the remedy phase trial of this case. Westvaco incorporates herein by reference all designations served or filed by any other party in this case. Westvaco reserves the right to supplement, amend or otherwise modify its designations depending on circumstances that may evolve prior to or during trial.

**1.   Deposition of Carson Barry, February 14, 2012**

| START | END |
|---|---|
| Page 8 Line 22 | Page 8 Line 23 |
| Page 9 Line 8 | Page 9 Line 17 |
| Page 13 Line 3 | Page 13 Line 11 |
| Page 73 Line 6 | Page 73 Line 9 |
| Page 73 Line 22 | Page 74 Line 25 |
| Page 76 Line 18 | Page 77 Line 1 |

**2.   Deposition of Edward Huffman, April 17, 2012**

| START | END |
|---|---|
| Page 4 Line 9 | Page 4 Line 11 |
| Page 9 Line 9 | Page 18 Line 15 |

| | |
|---|---|
| Page 32 Line 15 | Page 34 Line 23 |
| Page 39 Line 18 | Page 40 Line 22 |
| Page 41 Line 23 | Page 42 Line 3 |
| Page 44 Line 2 | Page 45 Line 13 |
| Page 45 Line 20 | Page 47 Line 4 |
| Page 48 Line 21 | Page 50 Line 23 |
| Page 51 Line 9 | Page 51 Line 16 |
| Page 51 Line 25 | Page 55 Line 10 |
| Page 59 Line 15 | Page 63 Line 25 |
| Page 77 Line 16 | Page 80 Line 7 |
| Page 81 Line 11 | Page 82 Line 10 |
| Page 82 Line 22 | Page 83 Line 25 |
| Page 84 Line 7 | Page 84 Line 17 |
| Page 85 Line 24 | Page 86 Line 11 |
| Page 88 Line 7 | Page 89 Line 21 |

### 3. Deposition of Steven Lang, May 4, 2012

| START | END |
|---|---|
| Page Line 10 | Page 5 Line 12 |
| Page 12 Line 8 | Page 12 Line 15 |
| Page 15 Line 15 | Page 17 Line 22 |
| Page 18 Line 4 | Page 19 Line 3 |
| Page 20 Line 6 | Page 20 Line 21 |
| Page 23 Line 18 | Page 27 Line 4 |
| Page 60 Line 11 | Page 63 Line 1 |
| Page 67 Line 13 | Page 70 Line 21 |
| Page 71 Line 3 | Page 71 Line19 |
| Page 72 Line 12 | Page 77 Line 1 |
| Page 82 Line 2 | Page 87 Line 15 |
| Page 89 Line 17 | Page 91 Line 22 |
| Page 95 Line 6 | Page 105 Line 9 |
| Page 106 Line 22 | Page 110 Line 13 |

### 4. Deposition of Ronald Paugh, May 9, 2012

| START | END |
|---|---|
| Page 4 Line 12 | Page 4 Line 22 |
| Page 8 Line 12 | Page 9 Line 9 |
| Page 72 Line 16 | Page 73 Line 22 |
| Page 76 Line 8 | Page 76 Line 12 |

### 5. Deposition of Robert Dickinson, April 17, 2012

| START | END |
|---|---|
| Page 5 Line 12 | Page 5 Line 16 |
| Page 18 Line 14 | Page 19 Line 3 |

| | |
|---|---|
| Page 19 Line 15 | Page 19 Line 23 |
| Page 31 Line 17 | Page 32 Line 3 |
| Page 34 Line 2 | Page 34 Line 25 |
| Page 37 Line 19 | Page 41 Line 11 |
| Page 43 Line 20 | Page 45 Line 6 |
| Page 45 Line 20 | Page 46 Line 6 |
| Page 47 Line 14 | Page 48 Line 17 |
| Page 58 Line 5 | Page 58 Line 24 |
| Page 60 Line 6 | Page 60 Line 25 |
| Page 61 Line 23 | Page 63 Line 1 |
| Page 70 Line 3 | Page 72 Line 19 |
| Page 73 Line 15 | Page 73 Line 23 |
| Page 140 Line 9 | Page 140 Line 17 |
| Page 141 Line 19 | Page 144 Line 17 |
| Page 147 Line 19 | Page 151 Line 10 |
| Page 154 Line 1 | Page 154 Line 15 |
| Page 159 Line 16 | Page 159 Line 25 |

**6.    Deposition of Robert Dickinson, April 19, 2012**

| START | END |
|---|---|
| Page 427 Line 19 | Page 434 Line 2 |
| Page 439 Line 17 | Page 453 Line 1 |
| Page 453 Line 5 | Page 469 Line 22 |
| Page 479 Line 13 | Page 482 Line 13 |

**7.    Deposition of Paul Rappleyea, April 20, 2012**

| START | END |
|---|---|
| Page 4 Line 5 | Page 28 Line 4 |
| Page 28 Line 15 | Page 31 Line 13 |
| Page 31 Line 18 | Page 38 Line 11 |
| Page 39 Line 17 | Page 41 Line 13 |
| Page 41 Line 19 | Page 43 Line 14 |
| Page 43 Line 22 | Page 45 Line 10 |
| Page 45 Line 22 | Page 46 Line 16 |
| Page 47 Line 10 | Page 47 Line 23 |

**8.    Deposition of Angela McFadden, April 26, 2012**

| START | END |
|---|---|
| Page 6 Line 25 | Page 7 Line 6 |
| Page 10 Line 4 | Page 11 Line 11 |
| Page 40 Line 21 | Page 40 Line 22 |
| Page 41 Line 18 | Page 43 Line 18 |
| Page 45 Line 14 | Page 48 Line 15 |
| Page 49 Line 13 | Page 50 Line 14 |

| | |
|---|---|
| Page 53 Line 21 | Page 54 Line 11 |
| Page 59 Line 16 | Page 60 Line 14 |
| Page 61 Line 20 | Page 63 Line 23 |
| Page 65 Line 4 | Page 66 Line 2 |
| Page 88 Line 11 | Page 91 Line 21 |
| Page 98 Line 4 | Page 101 Line 7 |
| Page 101 Line 18 | Page 102 Line 22 |
| Page 119 Line 6 | Page 119 Line 19 |
| Page 120 Line 25 | Page 121 Line 3 |
| Page 122 Line 13 | Page 123 Line 5 |
| Page 124 Line 8 | Page 124 Line 25 |

**9.     Deposition of Cristina Fernandez, April 25, 2012**

| START | END |
|---|---|
| Page 6 Line 4 | Page 7 Line 5 |
| Page 16 Line 13 | Page 20 Line 8 |
| Page 25 Line 15 | Page 27 Line 8 |
| Page 43 Line 10 | Page 45 Line 6 |
| Page 47 Line 7 | Page 47 Line 20 |
| Page 48 Line 13 | Page 49 Line 8 |
| Page 51 Line 21 | Page 55 Line 12 |
| Page 60 Line 16 | Page 61 Line 13 |
| Page 74 Line 15 | Page 75 Line 2 |
| Page 132 Line 19 | Page 133 Line 20 |
| Page 137 Line 9 | Page 141 Line 25 |

**10.     Deposition of David Lloyd, May 7, 2012**

| START | END |
|---|---|
| Page 6 Line 8 | Page 6 Line 10 |
| Page 6 Line 21 | Page 6 Line 25 |
| Page 7 Line 13 | Page 7 Line 18 |
| Page 8 Line 16 | Page 9 Line 12 |
| Page 13 Line 7 | Page 13 Line 21 |
| Page 19 Line 23 | Page 20 Line 17 |
| Page 21 Line 11 | Page 22 Line 21 |
| Page 31 Line 9 | Page 31 Line 15 |
| Page 32 Line 13 | Page 33 Line 11 |
| Page 102 Line 3 | Page 102 Line 20 |
| Page 107 Line 10 | Page 108 Line 14 |
| Page 112 Line 5 | Page 114 Line 17 |
| Page 115 Line 12 | Page 117 Line 17 |
| Page 142 Line 11 | Page 144 Line 4 |
| Page 147 Line 10 | Page 150 Line 3 |
| Page 152 Line 12 | Page 154 Line 25 |
| Page 155 Line 21 | Page 157 Line 10 |

| | |
|---|---|
| Page 158 Line 2 | Page 159 Line 18 |
| Page 169 Line 7 | Page 170 Line 5 |
| Page 182 Line 15 | Page 183 Line 5 |
| Page 183 Line 20 | Page 183 Line 25 |
| Page 184 Line 3 | Page 185 Line 16 |
| Page 187 Line 15 | Page 192 Line 14 |
| Page 204 Line 2 | Page 205 Line 9 |

**11.    Deposition of Alan Cimorelli, May 15, 2012**

| START | END |
|---|---|
| Page 8 Line 12 | Page 10 Line 2 |
| Page 24 Line 3 | Page 24 Line 10 |
| Page 25 Line 11 | Page 26 Line 18 |
| Page 37 Line 15 | Page 38 Line 24 |
| Page 57 Line 16 | Page 59 Line 3 |
| Page 61 Line 18 | Page 62 Line 6 |
| Page 70 Line 13 | Page 72 Line 4 |
| Page 73 Line 6 | Page 75 Line 20 |
| Page 124 Line 11 | Page 124 Line 19 |
| Page 125 Line 12 | Page 125 Line 25 |
| Page 128 Line 14 | Page 130 Line 24 |
| Page 137 Line 23 | Page 139 Line 11 |
| Page 148 Line 6 | Page 150 Line 8 |
| Page 151 Line 4 | Page 154 Line 2 |
| Page 165 Line 13 | Page 165 Line 23 |

DATE: November 9, 2012            Respectfully submitted,


_____/s/_____
Raymond B. Ludwiszewski (Bar No. 14905)
*rludwiszewski@gibsondunn.com*
Charles H. Haake (*pro hac vice*)
*chaake@gibsondunn.com*
Justin A. Torres (*pro hac vice*)
*jtorres@gibsondunn.com*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-8500
(202) 955-8500 (voice)
(202) 467-0539 (facsimile)

*Counsel for Defendant Westvaco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, a true and correct copy of the foregoing DEFENDANT WESTVACO CORPORATION'S DESIGNATION OF DEPOSITION TESTIMONY FOR REMEDY PHASE TRIAL was filed using the Court's electronic case filing system, which results in service on all counsel of record registered on the case management/electronic filing ("CM/ECF") system.


Charles H. Haake