```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                        :
                Plaintiff,              :
                                        :    CASE NO. MJG 00-CV-2602
            -against-                   :
                                        :
WESTVACO CORPORATION                    :
                                        :
                Defendants.             :
                                        :
------------------------------------------------------------x
```

## INTERVENOR LUKE PAPER COMPANY'S PRETRIAL DISCLOSURES FOR REMEDY PHASE TRIAL

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Remedy Phase Trial Scheduling Order (Docket No. 328), Intervenor Luke Paper Company ("LPC") hereby submits its initial Exhibit List, Witness List and Designation of Deposition Testimony that it may offer during the remedy phase trial of the above captioned action. LPC incorporates herein by reference all exhibits listed and deposition designations served or filed by any other party in this case. LPC reserves the right to supplement, amend or otherwise modify its Exhibit List, Witness List and Designation of Deposition Testimony.

A. <u>Exhibit List</u>:  See attached chart, Exhibit A

B. <u>Witness List</u>:  1. Ronald Paugh

C. <u>Deposition Designations</u>:

    1. Deposition of Carson Barry, February 14, 2012

| Page 19, Line 1 | Page 19, Line 25 |
|---|---|

| | |
|---|---|
| Page 47, Line 13 | Page 64, Line 9 |
| Page 77, Line 2 | Page 78, Line 2 |
| Page 99, Line 21 | Page 106, Line 10 |
| Page 132, Line 15 | Page 137, Line 12 |
| Page 142, Line 21 | Page 143, Line 23 |
| Page 176, Line 9 | Page 179. Line 12 |
| Page 191, Line 23 | Page 192, Line 10 |
| Page 193, Line 24 | Page 199, Line 12 |
| Page 204, Line 22 | Page 206, Line 6 |

2. Deposition of Timothy Morse, January 26-27, 2012

| | |
|---|---|
| Page 334, Line 18 | Page 335, Line 21 |

3. Deposition of Cristina Fernandez, April 25, 2012

| | |
|---|---|
| Page 142, Line 2 | Page 142, Line 19 |

4. Deposition of Steven Lang, May 4, 2012

| | |
|---|---|
| Page 79, Line 3 | Page 81, Line 14 |
| Page 85, Line 1 | Page 90, 14 |

| Page 93, Line 5 | Page 93, Line 15 |
| --- | --- |
| Page 121, Line 5 | Page 121, Line 10 |

5. Deposition of Roger Dandridge, May 4, 2012

| Page 9, Line 19 | Page 10, Line 7 |
| --- | --- |
| Page 111, Line 8 | Page 116, Line 4 |
| Page 133, Line 7 | Page 137, Line 14 |

6. Deposition of Panagiotis Taousakis, May 1, 2012

| Page 11, Line 9 | Page 11, Line 11 |
| --- | --- |
| Page 245, Line 4 | Page 249, Line 14 |
| Page 261, Line 4 | Page 262, Line 14 |

Dated: November 15, 2012

Respectfully submitted,

By:   /s/ Sami B. Groff
     **Howard B. Epstein**

     **Sami B. Groff**

     **Schulte Roth & Zabel LLP**
     **919 Third Avenue**
     **New York, New York 10022**

     *Attorneys for Luke Paper Company*

Exhibit A

LUKE PAPER COMPANY'S REMEDY-PHASE EXHIBIT LIST
United States v. Westvaco Corporation
Civ. No. MJG 00-cv-2602

| Exhibit Number | Date | Document Type | Description | Bates Range | Expect to/ May Offer | Objection |
|---|---|---|---|---|---|---|
| 001 | 7/25/12 | Report | Jacobs Boiler MACT, Fuel Switching, and NAAQs Phase I Recommendations and Estimate, revision 2 | LPC 0042484- 0042503 | E | |
| 002 | 3/29/12 | Correspondence | Letter from Ronald Paugh to Cristina Fernandez, re: EPA-R03-OAR-2012-0144, with attached letter dated 10/31/07 from Ronald Paugh to Brian Hug | LPC 0042481-0042483 | M | |
| 003 | --- | Chart | "Summary of Facilities" Gate 0 Cost Estimate | LPC 0042504 | M | |
| 004 | 6/14/04 | Report | Technical Documentation for the Phase I SO2 Emission Reduction Report and Estimate | WESTVACO_REMEDY 00014562-00014870 | M | |
| 005 | 7/6/12 | Rule | Final Rule: Approval and Promulgation of Air Quality Implementation Plans: Maryland Regional Haze State Implementation Plan published in the Federal Register (77 Fed. Reg. 39938) | USWR1_000000410 - 00000415 | E | |

DOC ID - 19257882.1

| Exhibit Number | Date | Document Type | Description | Bates Range | Expect to/ May Offer | Objection |
|---|---|---|---|---|---|---|
| 006 | 12/17/04 | Correspondence | Letter, dated 12/17/04 from Paul Sheridan to Jacobs Engineering re: Inquiry for a Phase 2 Study – Revision #1 | LPC 0015071- 0015115 | M | |
| 007 | 1/14/05 | Agreement | Equity and Asset Purchase Agreement by and between Meadwestvaco Corporation and Maple Acquisition LLC ("Maple Agreement") | WESTVACO_REMEDY 00008890- 00009023 | M | |
| 0008 | 1/14/05 | Agreement | Schedule 11/2(a)(viii) to the Maple Agreement | USWR1_00002906 - 00002908 | M | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2012, a true and correct copy of the foregoing INTERVENOR LUKE PAPER COMPANY'S PRETRIAL DISCLOSURES FOR REMEDY PHASE TRIAL was filed using the Court's electronic case filing system, which results in service on all counsel of record registered on the case management/electronic filing ("CM/ECF") system.

_____/s/ Sami B. Groff__

Sami B. Groff