UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>WESTVACO CORP.,<br><br>    *Defendant, and*<br><br>LUKE PAPER COMPANY,<br><br>    *Intervenor.* | Civ. No. MJG 00-CV-2602 |

**UNITED STATES' OBJECTIONS TO WESTVACO'S DEPOSITION
DESIGNATIONS AND DEPOSITION COUNTER-DESIGNATIONS**

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure and the Remedy Phase Trial Scheduling Order (Doc. No. 328), the United States hereby makes the following (A) objections to Westvaco's deposition designations and (B) deposition counter-designations:

    A. United States' Objections to Westvaco's Deposition Designations

1. Edward Huffman

| Defendant's Designation | Objections |
|---|---|
| 49:10-50:23,<br>51:9-16,<br>51:25-55:9,<br>59:15-63:25 | FRE 402 (Relevance)<br><br>FRE 802 (Questions and answers about an exhibit that is hearsay) |

2. <u>Steven Lang</u>

| Defendant's Designation | Objections |
|---|---|
| 23:18 – 27:4 | FRE 402 (Relevance) |

3. <u>Robert Dickinson</u> – According to Westvaco's witness list, Mr. Dickinson is expected to be a witness at trial.  The United States therefore objects to all of Defendant's designations of Mr. Dickinson's deposition testimony on the grounds that it is not permitted by Federal Rule of Civil Procedure 32.  In the event that Mr. Dickinson is not a witness at trial, the United States would withdraw this objection.

4. <u>Paul Rappleyea</u> – According to Westvaco's witness list, Mr. Rappleyea is expected to be a witness at trial.  The United States therefore objects to all of Defendant's designations of Mr. Rappleyea's deposition testimony on the grounds that it is not permitted by Federal Rule of Civil Procedure 32.  In the event that Mr. Rappleyea is not a witness at trial, the United States would withdraw this objection.

5. <u>Christina Fernandez</u> – The United States objects to all of Defendant's designations of Ms. Fernandez's deposition testimony.  Ms. Fernandez is expected to be a witness at trial. Accordingly, the use of her deposition testimony is not permitted by Federal Rule of Civil Procedure 32.  In the event that Ms. Fernandez is not a witness at trial, the United States would withdraw this objection.

B. <u>United States Deposition Counter-Designations</u>

1. <u>Carson Barry</u> (February 14, 2012)

| START | END |
| --- | --- |
| Page 19, Line 1 | Page 35, Line 19 |
| Page 47, Line 19 | Page 48, Line 17 |
| Page 56, Line 5 | Page 58, Line 6 |
| Page 62, Line 19 | Page 64, Line 9 |
| Page 77, Line 2 | Page 88, Line 5 |
| Page 127, Line 3 | Page 131, Line 22 |

2. Edward Huffman (April 17, 2012)

| START | END |
| --- | --- |
| Page 45, Line 14 | Page 45, Line 19 |
| Page 56, Line 16 | Page 58, Line 12 |
| Page 80, Line 8 | Page 80, Line 23 |
| Page 85, Line 19 | Page 85, Line 23 |

3. Steven Lang (May 4, 2012)

| START | END |
| --- | --- |
| Page 37, Line 5 | Page 45, Line 5 |
| Page 110, Line 14 | Page 115, Line 3 |

4. <u>Westvaco 30(b)(6)</u> (Robert Dickinson, April 17, 2012)

| START | END |
|---|---|
| Page 5, Line 10 | Page 18, Line 13 |
| Page 19, Line 24 | Page 27, Line 23 |
| Page 32, Line 4 | Page 34, Line 1 |
| Page 35, Line 1 | Page 37, Line 18 |
| Page 41, Line 12 | Page 43, Line 19 |
| Page 46, Line 7 | Page 47, Line 13 |
| Page 48, Line 18 | Page 52, Line 7 |
| Page 72, Line 20 | Page 73, Line 14 |
| Page 73, Line 24 | Page 77, Line 10 |
| Page 144, Line 19 | Page 147, Line 18 |
| Page 151, Line 11 | Page 153, Line 25 |
| Page 154, Line 16 | Page 159, Line 15 |
| Page 160, Line 1 | Page 167, Line 16 |

5. <u>Westvaco 30(b)(6)</u> (Robert Dickinson, April 19, 2012)

| START | END |
|---|---|
| Page 453, Line 2 | Page 453, Line 4 |

6. <u>Paul Rappleyea</u> (April 20, 2012)

| START | END |
|---|---|
| Page 31, Line 14 | Page 31, Line 17 |
| Page 38, Line 12 | Page 39, Line 16 |
| Page 43, Line 15 | Page 43, Line 21 |
| Page 45, Line 11 | Page 45, Line 21 |
| Page 46, Line 17 | Page 47, Line 9 |

7. <u>Angela McFadden</u> (April 26, 2012)

| START | END |
|---|---|
| Page 6, Line 1 | Page 6, Line 24 |
| Page 43, Line 19 | Page 45, Line 13 |
| Page 48, Line 16 | Page 49, Line 12 |
| Page 54, Line 12 | Page 55, Line 9 |
| Page 63, Line 24 | Page 65, Line 3 |
| Page 66, Line 3 | Page 70, Line 17 |
| Page 80, Line 18 | Page 83, Line 5 |
| Page 91, Line 22 | Page 94, Line 12 |
| Page 123, Line 6 | Page 124, Line 7 |
| Page 125, Line 1 | Page 126, Line 6 |

8. <u>David Lloyd</u> (May 7, 2012)

| START | END |
|---|---|
| Page 144, Line 5 | Page 147, Line 9 |
| Page 150, Line 4 | Page 152, Line 11 |
| Page 155, Line 1 | Page 155, Line 20 |
| Page 157, Line 11 | Page 158, Line 1 |
| Page 159, Line 19 | Page 160, Line 11 |

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

MICHAEL DIPIETRO
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
(410) 209-4800 (PHONE)
Michael.DiPietro@usdoj.gov (EMAIL)

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

  /s/ Daniel S. Smith
MARK C. ELMER
CARA M. MROCZEK
DANIEL SMITH, No. 27267
U.S. Department of Justice
Environmental Enforcement Section
999 Eighteenth Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1352 (PHONE)
(303) 844-1350 (FAX)
Mark.Elmer@usdoj.gov (EMAIL)

OF COUNSEL:

ROBERT STOLTZFUS
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street (3RC42)
Philadelphia, PA 19103

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing United States' Objections to Westvaco's Deposition Designations and Deposition Counter-Designations on November 16, 2012, using the court's CM/ECF system which sent notification of such filing to:

Charles Harry Haake
Peter Eric Seley
GIBSON DUNN AND CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
chaake@gibsondunn.com
pseley@gibsondunn.com

*Attorneys for Defendant Westvaco Corporation*

Howard B. Epstein
Sami B. Groff
SCHULTE ROTH AND ZABEL LLP
919 Third Ave
New York, NY 10022
howard.epstein@srz.com
sami.groff@srz.com

*Attorneys for Intervenor Luke Paper Company*

                                          s/ Daniel S. Smith
                                          Daniel S. Smith