UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTVACO CORP.,<br><br>*Defendant, and*<br><br>LUKE PAPER COMPANY,<br><br>*Intervenor.* | Civ. No. MJG 00-CV-2602 |

### UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE CERTAIN TESTIMONY BY COLIN M. CAMPBELL

ROD J. ROSENSTEIN
United States Attorney

MICHAEL DIPIETRO
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
(410) 209-4800 (PHONE)

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

MARK C. ELMER
CARA MROCZEK
DANIEL SMITH (Bar. No. 27267)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
999 Eighteenth Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1352 (PHONE)

OF COUNSEL:

ROBERT STOLTZFUS
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street (3RC42)
Philadelphia, PA 19103

*Attorneys for the United States of America*

The United States moves *in limine* to exclude the testimony of Mr. Colin M. Campbell – Westvaco's expert on Clean Air Act permitting and compliance matters – relating to two of his five opinions:

1. That applicability of the preconstruction PSD permitting requirements should be determined using the 1978 PSD rule, not the 1980 PSD rule, and that under the 1978 PSD rule the DEP was not a "major modification" and, therefore, not subject to preconstruction permitting requirements under that rule;[1] and

2. That Westvaco could have applied for a permit under the 1978 PSD Rule and that if it had the permit would not have required BACT because there was (according to Mr. Campbell) no increase in the "allowable emissions" of $SO_2$.[2]

As discussed in the accompanying memorandum, the two opinions are premised on legal theories that the Court expressly rejected in its Memorandum and Order Re: Inapplicability of BACT (Doc. No. 327) and constitute impermissible legal opinion testimony.  The exclusion of these irrelevant opinions will substantially shorten the amount of trial time devoted to Mr. Campbell and his opinions.  Accordingly, the United States respectfully requests that the Court exclude testimony related to both opinions.

---

[1] Mr. Campbell provides a summary of this opinion on page 1 of his expert report (the first bullet under "summary of opinions"), which is attached as Exhibit 1 to the United States' Memorandum in Support.

[2] Mr. Campbell provides a summary of this opinion beginning on page 1 of his expert report (the second bullet under "summary of opinions"), which is attached as Exhibit 1 to the United States' Memorandum in Support.

The United States has conferred with counsel for Westvaco regarding the substance of this motion. Westvaco opposes the relief requested herein.

                Respectfully submitted,

                ROD J. ROSENSTEIN
                United States Attorney

                MICHAEL DIPIETRO
                Assistant United States Attorney
                36 South Charles Street
                Fourth Floor
                Baltimore, MD 21201
                (410) 209-4800 (PHONE)
                Michael.DiPietro@usdoj.gov (EMAIL)

                IGNACIA S. MORENO
                Assistant Attorney General
                Environment and Natural Resources Division

                /s/ Mark C. Elmer
                MARK C. ELMER
                CARA MROCZEK
                DANIEL SMITH (Bar No. 27267)
                U.S. Department of Justice
                Environment and Natural Resources Division
                Environmental Enforcement Section
                1961 Stout Street, 8th Floor
                Denver, CO 80294
                (303) 844-1352 (PHONE)
                (303) 844-1350 (FAX)
                Mark.Elmer@usdoj.gov (EMAIL)

OF COUNSEL:

ROBERT STOLTZFUS
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street (3RC42)
Philadelphia, PA 19103

*Attorneys for the United States of America*

CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing United States' Motion *In Limine* To Exclude Certain Testimony By Colin M. Campbell, a memorandum in support and proposed order on November 16, 2012, using the court's CM/ECF system which sent notification of such filing to:

Charles Harry Haake
Peter Eric Seley
GIBSON DUNN AND CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
chaake@gibsondunn.com
pseley@gibsondunn.com

*Attorneys for Defendant Westvaco Corporation*

Howard B. Epstein
Sami B. Groff
SCHULTE ROTH AND ZABEL LLP
919 Third Ave
New York, NY 10022
howard.epstein@srz.com
sami.groff@srz.com

*Attorneys for Intervenor Luke Paper Company*

                s/ Mark C. Elmer
                Mark C. Elmer