UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTVACO CORP.,<br><br>*Defendant, and*<br><br>LUKE PAPER COMPANY,<br><br>*Intervenor.* | Civ. No. MJG 00-CV-2602 |

**[PROPOSED] ORDER**

Having read Plaintiff United States' Motion *in Limine* to Exclude Certain Testimony by Colin M. Campbell and related briefs submitted by the parties; and

Having determined that the first two opinions offered by Colin M. Campbell, expert witness for Defendant Westvaco Corporation, are premised on legal theories that the Court expressly rejected in its Memorandum and Order Re: Inapplicability of BACT (Doc. No. 327) and constitute impermissible legal opinion testimony;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Defendant Westvaco shall not elicit testimony from Mr. Campbell on his first and second expert opinions as set forth in his expert report.

SO ORDERED this ____ day of _____, 2012.

_____
Judge Marvin J. Garbis