UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WESTVACO CORPORATION<br><br>Defendant. | CASE NO. MJG 00-CV-2602 |

### DEFENDANT WESTVACO CORPORATION'S OBJECTIONS AND COUNTER-DESIGNATIONS TO THE GOVERNMENT'S DESIGNATIONS OF DEPOSITION TESTIMONY

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Remedy Phase Trial Scheduling Order (Docket No. 328), Defendant Westvaco Corporation hereby submits its objections and counter-designations to the Government's initial designation of deposition testimony that it may use during the remedy phase trial of this case.  Westvaco reserves the right to supplement, amend or otherwise modify its counter-designations depending on circumstances that may evolve prior to or during trial.

1.  Timothy Morse, January 26-27, 2012

| Plaintiff's Designation | Objections | Counter-Designations |
|---|---|---|
| 48:7-49:11 | | |
| 81:8-123:1 | 98:11-105:12 – Relevance<br>111:7-113:9 – Relevance | 184:3-15 |
| 125:12-140:2 | 125:12-127:1 – Beyond the scope of the 30(b)(6) notice and calls for speculation<br>125:12-137:7 – Relevance | |
| 144:11-151:1 | | 151:2-153:6 |

| | | |
|---|---|---|
| 153:7-157:13 | | 161:9-163:11 |
| 273:20-279:9 | | |
| 327:3-335:21 | | |
| 347:12-352:3 | | 423:3-425:11 |
| 433:7-434:22 | | |
| 463:2-463:13 | | |
| 481:21-483:15 | | 481:3-20 |
| 497:18-498:22 | | |
| 501:6-502:14 | | 513:22-515:14<br>528:21-531:20<br>532:21-539:18 |

    2.      Robert Dickinson, April 17-19, 2012

| Plaintiff's Designation | Objections | Counter-Designations |
|---|---|---|
| 5:10-8:9 | | |
| 88:15-118:7 | | |
| 185:25-194:18 | | |
| 259:3-264:24 | | 264:25-266:1 |
| 266:16-270:24 | 266:16-270:24 – Relevance | |
| 343:3-344:18 | | |
| 347:11-349:1 | | |
| 353:20-358:4 | 354:7-355:10 – Calls for hearsay; calls for speculation | |
| 417:20-425:20 | 422:19-425:20 – Relevance | |
| 485:13-507:5 | 495:9-11 – Calls for expert opinion<br>497:5-498:1 – Asked and answered<br>498:2-17 – Calls for speculation<br>504:3-505: 21 – Calls for legal conclusion | |

    3.      Ronald E. Paugh, May 9, 2012

| Designation | Objection | Counter-Designation |
|---|---|---|
| 4:1-59:7 | 5:15-7:9—Relevance<br>16:12-21—Calls for Legal Conclusion<br>27:13-29:15—Not With the Scope of the 30(b)(6) Topics<br>39:18-40:10—Calls for Speculation | |

|  | 47:14-49:22—Calls for Speculation<br>56:15-59:7—Hearsay |  |
|---|---|---|
| 63:22-93:24 | 67:22-68:14—Relevance | 94:8-18 |
| 109:4-138:20 | 112:4-113:18—Calls for Speculation |  |
| 143:3-150:7 | 148:4-8—Calls for Legal Conclusion<br>143:3-149:16—Not With the Scope of the 30(b)(6) Topics |  |
| 163:21-173:14 | Relevance |  |

4. Robert O. Wilt (August 21, 2003)

| Plaintiff's Designation | Objections | Counter-Designations |
|---|---|---|
| 6:8-35:8 | 22:25-34:14 – Relevance |  |
| 61:14-94:12 | 61:14-94:12 - Relevance<br>62:17-63:2 – Speculation<br>78:12-80:12 – Speculation; the documents speaks for itself |  |
| 103:8-130:18 | 103:8-130:18 – Relevance<br>119:17-120:3 – Speculation; the documents speaks for itself<br>120:8-21 – Lacks foundation; vague and ambiguous<br>123:19-124:7 – Speculation; the documents speaks for itself<br>128:15-130:18 – Speculation; the documents speaks for itself |  |
| 167:10-171:17 | 167:10-171:17 – Relevance |  |

5. Robert Dickinson (June 1, 2005)

| Plaintiff's Designation | Objections | Counter-Designations |
|---|---|---|
| 10:13-18:19 |  |  |
| 162:5-177:19 | 175:4-10 – Speculation; the documents speaks for itself | 161:9-162:4 |
| 189:8-204:11 |  |  |

6. Panagiotis Taousakis (May 1, 2012)

| Plaintiff's Designation | Objections | Counter-Designations |
|---|---|---|
| 11:9-12:9 | | |
| 55:9-56:10 | | |
| 59:2-62:2 | | |
| 72:1-103:10 | 76:7-77:15 – Relevance<br>82:9-15 – Speculation<br>93:18-96:6 – Relevance | 103:11-107:9<br>111:4-113:10<br>115:12-116:1<br>118:5-120:4<br>125:7-126:4<br>133:2-136:9 |
| 212:16-214:18 | | |
| 219:13-230:20 | | |

DATE: November 16, 2012            Respectfully submitted,


                                   _____/s/_____
                                   Raymond B. Ludwiszewski (Bar No. 14905)
                                   *rludwiszewski@gibsondunn.com*
                                   Charles H. Haake (*pro hac vice*)
                                   *chaake@gibsondunn.com*
                                   Justin A. Torres (*pro hac vice*)
                                   *jtorres@gibsondunn.com*
                                   GIBSON, DUNN & CRUTCHER LLP
                                   1050 Connecticut Avenue, N.W.
                                   Washington, D.C. 20036-8500
                                   (202) 955-8500 (voice)
                                   (202) 467-0539 (facsimile)

                                   *Counsel for Defendant Westvaco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, a true and correct copy of the foregoing DEFENDANT WESTVACO CORPORATION'S OBJECTIONS AND COUNTER-DESIGNATIONS TO THE GOVERNMENT'S DESIGNATIONS OF DEPOSITION TESTIMONY was filed using the Court's electronic case filing system, which results in service on all counsel of record registered on the case management/electronic filing ("CM/ECF") system.


/s/
Charles H. Haake