UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,              :
:
*Plaintiff*,            :
:
v.                          :     Civil Action No. 1:00-CV-2602-MJG
:
WESTVACO CORPORATION,             :
:
*Defendant*, and         :
:
LUKE PAPER COMPANY,               :
:
*Intervenor*.           :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# UNITED STATES' OBJECTIONS TO WESTVACO CORPORATION'S EXHIBIT LIST FOR REMEDY PHASE TRIAL

The United States hereby submits its objections to Defendant Westvaco Corporation's

Exhibit List for Remedy Phase Trial pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil

Procedure and the Remedy Phase Trial Scheduling Order (Doc. No. 328):

| Ex. No. | Date | Document Type | Description | Bates Range | U.S. Objection |
|---|---|---|---|---|---|
| 67 | July 5, 1983 | Letter | Letter from J. Cooper to P. Emery re: Consent Order Hearing | | Authentication |
| 76 | Aug., 1986 | Report | Description of Emissions "Cap" at Luke Mill | | Authentication, Hearsay, Relevance |
| 78 | Jan. 4, 1980 | Authorization for Expenditure | Authorization for Expenditure for Steam Generator Precipitator | WVCO_0215-0076-0078 | Authentication |

| | | | | | |
|---|---|---|---|---|---|
| | | | Rebuild | | |
| 81 | March 22, 1984 | Authorization for Expenditure | Authorization for Expenditure for Flue Gas Conditioning | WVCO_0042-0064 | Authentication |
| 82 | Apr. 17, 1984 | Authorization for Expenditure | Authorization for Expenditure for PB No. 25 Opacity Monitor | WVCO_0376-0175 | Authentication |
| 83 | Sept. 23, 1985 | Authorization for Expenditure | Authorization for Expenditure for Flame Safety System for No. 25 PB | WVCO_0473-0047-0048 | Authentication |
| 169 | Feb. 21, 2010 | Memorandum | Memo from Jack Burke to Colin Campbell re: Estimate of Cost to Scrub SO2 from Incinerated NCGs | | Hearsay |
| 170 | March 2, 2012 | Expert Report | Amended Expert Report of Anne Smith | | Hearsay |
| 171 | Feb. 13, 2012 | Expert Report | Expert Report of Ben Thorp | | Hearsay |
| 172 | Feb. 21, 2012 | Expert Report | Expert Report of Colin Campbell | | Hearsay |
| 173 | Feb. 21, 2012 | Expert Report | Expert Report of Gary Bigham | | Hearsay |
| 174 | Feb. 21, 2012 | Expert Report | Expert Report of Jack Burke | | Hearsay |
| 175 | Feb. 21, 2012 | Expert Report | Expert Report of Peter Valberg | | Hearsay |
| 176 | Feb. 21, 2012 | Expert Report | Expert Report of Ralph Morris | | Hearsay |
| 177 | Feb. 21, 2012 | Expert Report | Expert Report of Stan Hayes | | Hearsay |
| 178 | Apr. 12, 2002 | Statement | Statement of Work to document use of emissions cap at Luke Mill | WVCO_0131-0457-0460 | Authenticity, Hearsay, Relevance |
| 183 | Aug. 2011 | Study | Chemical Changes in Virginia's Brook Trout | | Hearsay |

|  |  |  | Streams: An Analysis of Statewide Surveys, 1987-2010 – Janet Lynn Miller |  |  |

In addition, the United States' objects to the following reservations made by Westvaco Corporation on page 1 and on page 20 in "Defendant Westvaco Corporation's Exhibit List for remedy Phase Trial:"

- Defendant reserves the right to mark and introduce into evidence documents relied upon and cited by its expert witnesses (whether or not such documents are set forth on this Exhibit List).
- Defendant reserves the right to identify additional exhibits or remove exhibits once it has had the opportunity to review and consider Plaintiff's exhibit list.
- Defendant reserves the right to use an exhibit that is listed on Plaintiff's exhibit list to the same effect as though it were listed on Defendant's own exhibit list, subject to evidentiary objections.

These "reservations" listed above do not comply with the requirement of Rule 26(a)(3)(A)(iii) as they do not provide the United States with fair notice of the specific documents Westvaco expects to offer or may offer at trial.

    Respectfully submitted,

    ROD J. ROSENSTEIN
    United States Attorney

    MICHAEL DIPIETRO
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, MD 21201
    (410) 209-4800 (PHONE)
    Michael.DiPietro@usdoj.gov (EMAIL)

          IGNACIA S. MORENO
          Assistant Attorney General
          Environment and Natural Resources Division

          /s/ Mark C. Elmer
          MARK C. ELMER
          CARA M. MROCZEK
          U.S. Department of Justice
          Environmental Enforcement Section
          999 Eighteenth Street
          South Terrace, Suite 370
          Denver, CO 80202
          (303) 844-1352 (PHONE)
          (303) 844-1350 (FAX)
          Mark.Elmer@usdoj.gov (EMAIL)

OF COUNSEL:

ROBERT STOLTZFUS
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street (3RC42)
Philadelphia, PA 19103

          *Attorneys for the United States of America*

CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2012 I filed the United States' Objections to Westvaco's Trial Exhibits using the Court's electronic case filing system, which will send electronic notice of such filing to all counsel of record registered on the case management/electronic filing ("CM/ECF") system including, but not limited to:

Charles Harry Haake
Peter Eric Seley
GIBSON DUNN AND CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
chaake@gibsondunn.com
pseley@gibsondunn.com

Howard B. Epstein
Sami B. Groff
SCHULTE ROTH AND ZABEL LLP
919 Third Ave
New York, NY 10022
howard.epstein@srz.com
sami.groff@srz.com

                                              s/ Cara M. Mroczek
                                              Cara M. Mroczek