```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

           Plaintiff              *

              vs.                 *    CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION              *

           Defendant              *

*      *      *      *      *      *      *      *      *
```

ORDER RE: MOTION IN LIMINE

The Court has before it United States' Motion in Limine to Exclude Certain Testimony by Colin M. Campbell [Document 335]. The Court has reviewed the materials and had the benefit of the arguments of counsel.

For reasons stated on the record of proceedings held December 14, 2012, the motion is DENIED.

SO ORDERED, on Monday, December 17, 2012.

```
                              _____/s/_____
                                Marvin J. Garbis
                            United States District Judge
```