UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED
JAN 1 6 2013
AT B.
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

WESTVACO CORPORATION,          Civil Action No. MJG 00-CV-2602

    *Defendant*, and

LUKE PAPER COMPANY,

    *Intervenor.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION REGARDING ADMISSIBILITY OF EXHIBITS

Plaintiff the United States of America, Defendant Westvaco Corporation, and Intervenor Luke Paper Company, for purposes of the trial on remedy, hereby stipulate and agree as follows:

1. The following United States trial exhibits are admissible, and shall be deemed admitted upon approval of this stipulation by the Court: 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, 20, 26, 27, 28, 29, 34, 37, 38, 39, 40, 41, 43, 45, 46, 47, 50, 54, 59, 77, 80, 84, 85, 92, 94, 103, 107, 164, 178, 248, 250, 251, 252, 253, 254, 256, 257, 271, 272, 273, 276, 277, 278, 279, 280, 308, 314, 345, 354, 356, 358, 359, 361, 363, 364, 365, 386, 406, 409, 410, 414, 415, 428, 429, 435, 448, 453, 454, 456, 458, 459, 461, 462, 463, 464, 465, 466, 467, 469, 470, 471, 473, 474, 477, 478, 480, 481, 482, 483, 486, 487, 489, 490, 491, 492, 495, 496, 497, 498, 499, 500, 502, 503, 504, 507, 508, 509, 513, 516, 517, 521, 528, 530, 535, 536, 537, 538, 540, 544, 545, 546, 550, 558, 559, 560, 561, 563, 565, 566, 567, 569, 575, 577, 579, 597, 598, 600, 608, 610, 612, 621,

622, 623, 624, 625, 628, 629, 630, 631, 633, 643, 644, 645, 648, 656, 657, 658, 666, 667, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, and 686.

2. The following Westvaco trial exhibits are admissible, and shall be deemed admitted upon approval of this stipulation by the Court: 1, 2, 3, 4, 5, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 36, 38, 46, 47, 49, 50, 51, 53, 59, 61, 63, 64, 66, 67, 68, 69, 70, 73, 74, 75, 77, 90, 91, 92, 93, 94, 96, 97, 102, 103, 104, 105, 106, 107, 109, 110, 111, 113, 114, 115, 116, 118, 119, 120, 121, 122, 147, 157, 158, 164, 165, 179, and 184.

3. The following Luke Paper Company trial exhibits are admissible, and shall be deemed admitted upon approval of this stipulation by the Court: 2, 4, 5, and 6.

**STIPULATED AND APPROVED:**

**FOR THE UNITED STATES OF AMERICA:**

_____       1/16/2013
MARK C. ELMER      Date
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
PHONE: (303) 844-1352
EMAIL: mark.elmer@usdoj.gov

2

**FOR WESTVACO CORPORATION:**

_____          _1-16-13_____
CHARLES H. HAAKE                                            Date
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-8500
PHONE: (202) 955-8500
EMAIL: chaake@gibson.com


**FOR LUKE PAPER COMPANY:**

_____          _1/16/13_____
SAMI GROFF                                                  Date
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
PHONE: (212) 756-2491
EMAIL: sami.groff@srz.com


**SO ORDERED:**

_____          Date: _1/16/13_____
MARVIN J. GARBIS
United States District Judge
District of Maryland

3