```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA           *

       Plaintiff                  *

       vs.                        *   CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION               *

       Defendant                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*

POST-TRIAL REMEDY PHASE SCHEDULING ORDER

Pursuant to the conference held with counsel on January 29:[1]

1. The parties shall file requested findings of fact and conclusions of law by March 15.

2. The parties shall file responses by April 12.

3. Post-trial argument shall be held on April 23, commencing at 10:00 AM.

SO ORDERED, on Wednesday, January 30, 2013.

                                         /s/
                                 Marvin J. Garbis
                       United States District Judge

---

[1] All dates herein are in the year 2013.