**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**WESTVACO CORPORATION**<br><br>Defendant. | **CASE NO. MJG 00-CV-2602** |

## [PROPOSED] [JOINT] FINAL-REMEDY PHASE SCHEDULING ORDER

In accordance with the conference held in this matter on July, 7, 2015, the final-remedy phase of the case shall proceed as follows[1]:

1.      By August 7, 2015, the parties shall provide initial disclosures. The initial disclosures of Plaintiff shall include the formula, methodology and assumptions it intends to use to calculate excess emissions assuming the Court were to select a BACT rate other than one proposed by the parties' experts during the Remedy Phase Trial of this matter.

2.      By August 14, 2015, written discovery (with the exception of third-party subpoenas) shall be served.

3.      By October 2, 2015, Plaintiff shall:

   a. Provide the identity of all expert witnesses.

   b. Provide Rule 26(a)(2) information.

---

[1] Westvaco objects to these further proceedings on the ground that a trial to determine an appropriate remedy in this matter was held in December 2012 and January 2013, and Westvaco's agreement to this stipulated schedule/order shall not be construed as a waiver of this objection.

1

      c.  Provide dates within 30 days on which each expert is available for

         deposition so that depositions can be taken.

4.     By November 20, 2015, Westvaco shall:

      a.  Provide the identity of all expert witnesses.

      b.  Provide Rule 26(a)(2) information.

      c.  Provide dates within 30 days on which each expert is available for

         deposition so that depositions can be taken.

5.     By December 18, 2015, Plaintiff shall:

      a.  Provide the identity of any rebuttal expert witnesses.

      b.  Provide Rule 26(a)(2) information.

      c.  Provide dates within 30 days on which each expert is available for

         deposition so that depositions can be taken.

6.     All fact and expert discovery is to be completed by January 29, 2016.

7.     Rule 26(a)(3) pre-trial disclosures are to be filed no later than February 12, 2016.

8.     Trial in this matter is scheduled ~~tentatively *~~ for the weeks of April 4 and April 11, 2016.  The

parties estimate that trial will require five to eight days.


SO ORDERED, on __July 15, 2015__, ~~2015~~.




                             /s/
                _____
                   Marvin J. Garbis
               United States District Judge

\* The trial dates shall be changed, as may be
Necessary, with adequate notice to counsel