```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

         Plaintiff              *

         vs.                    *    CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION            *

         Defendant              *

*        *        *        *        *        *        *        *        *
```

## HEARING ORDER

Pursuant to the conference held this date:

1. By separate Order the case shall be referred to a Magistrate Judge to conduct settlement discussions with a request to expedite matters.

2. The Final Remedy Phase Scheduling Order [ECF No. 425-1] is hereby modified to provide for trial commencing April 11[1] (with a recess on April 15) and an estimated duration of 5 to 8 trial days.

SO ORDERED, this Wednesday, January 20, 2016.

/s/
Marvin J. Garbis
United States District Judge

---

[1] All dates referred to herein are in the year 2016.