```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

         Plaintiff             *

         vs.                   *    CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION           *

         Defendant             *

*        *        *        *        *        *        *        *        *
```

## RESCISSION OF SCHEDULING ORDER

Upon the request of the parties:

1. The Supplemental Final-Remedy Scheduling Order [ECF No. 432] is hereby rescinded to enable the parties to document their agreement in principle.

2. The parties shall provide a status report by March 31, 2016.

SO ORDERED, on Friday, February 05, 2016.

                                    _____/s/_____
                                       Marvin J. Garbis
                                  United States District Judge