```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

           Plaintiff              *

           vs.                    *    CIVIL ACTION NO. MJG-00-2602

WESTVACO CORPORATION              *

           Defendant              *

*     *      *      *     *      *      *     *     *
```

## ORDER CLEARING MOOT MOTIONS

The docket reflects the following as motions that are pending:

1. United States' Brief Regarding Excess Emissions [ECF No. 416].

2. Defendant Westvaco Corporation's Post-Remedy Phase Memorandum Regarding The Determination of the Amount of Excess Emissions [ECF No. 418].

3. United States' Motion for Summary Judgment on the Use of Acid Rain Allowances as A Remedy for the Harm Caused By Westvaco's Violation of the Clean Air Act [ECF No. 420].

The first two of these, ECF Nos. 416 and 418, are not motions but memoranda relating to issues to be resolved following a further trial hearing. The third of these, ECF No. 420, was effectively, although not expressly, mooted by

the Letter Order of July 2, 2015 [ECF No. 424] regarding a further trial hearing.

Therefore, to clarify the record:

1. United States' Brief Regarding Excess Emissions [ECF No. 416], docketed as a motion, is DENIED AS MOOT.

2. Defendant Westvaco Corporation's Post-Remedy Phase Memorandum Regarding The Determination of the Amount of Excess Emissions [ECF No. 418], docketed as a motion, is DENIED AS MOOT.

3. United States' Motion for Summary Judgment on the Use of Acid Rain Allowances as a Remedy for the Harm Caused by Westvaco's Violation of the Clean Air Act [ECF No. 420] is DENIED AS MOOT.

SO ORDERED, on Friday, February 5, 2016.

/s/
Marvin J. Garbis
United States District Judge